UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF YOUNG,<br>        Plaintiff,<br>   v.<br>CREE, INC.,<br>        Defendant. | Case No. 17-cv-06252-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| RULE 26(A)(1) DISCLOSURES: | April 30, 2018 |
| CASE MANAGEMENT CONFERENCE: | Monday, November 5, 2018 at 2:00 p.m. |
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | October 10, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | None without Court approval |
| DEADLINE TO FILE CLASS CERTIFICATION MOTION AND PLAINTIFF'S EXPERT DISCLOSURES RELATED TO CLASS CERTIFICATION: | December 14, 2018 |
| DEADLINE TO FILE OPPOSITION TO CLASS CERTIFICATION MOTION, INCLUDING *DAUBERT* CHALLENGES RELEVANT TO CLASS CERTIFICATION AND DEFENDANTS' EXPERT DISCLOSURES RELATED TO CLASS CERTIFICATION: | February 15, 2019 |
| DEADLINE TO FILE REPLY IN SUPPORT OF CLASS CERTIFICATION AND RESPONSE TO *DAUBERT* CHALLENGES RELEVANT TO CLASS CERTIFICATION AND PLAINTIFF'S REBUTTAL EXPERT DISCLOSURES RELATED TO CLASS CERTIFICATION | March 29, 2018 |
| CLASS CERTIFICATION HEARING: | Tuesday, April 23, 2019 at 2:00 p.m. |
| NON-EXPERT DISCOVERY CUTOFF: | 63 days after Order on Class Certification |

| | |
|---|---|
| DISCLOSURE OF EXPERT REPORTS, OPENING AND REBUTTAL:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B). | 21 days after Non-Expert Discovery Cut-Off |
| EXPERT DISCOVERY CUTOFF[1]: | 21 days after Disclosure of Expert Reports |
| DISPOSITIVE MOTIONS[2] / *DAUBERT* MOTIONS TO BE HEARD BY: | 28 days after Disclosure of Expert Reports |
| COMPLIANCE HEARING (*SEE* PAGE 2): | Friday, December 20, 2019 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 3, 2020 |
| PRETRIAL CONFERENCE: | Friday, January 17, 2020 at 9:00 a.m. |
| TRIAL DATE: | Monday, February 3, 2020 at 8:30 a.m. (Jury) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, December 20, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

Modification to the timing or extent of parties' discovery obligations under Fed. R. Civ. P. 26 and other applicable rules may be done pursuant to a separate Court Order. The parties are directed to submit a JOINT proposed order to the Court within five (5) business days following

---

[1] *See* Standing Order regarding discovery and discovery motions.
[2] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

2

the date of the Case Management Conference which sets forward the modifications.

The parties have been REFERRED to private mediation. (Dkt. No. 41.) The parties have provided the Court with the name of an agreed-upon mediator, James Ware. (Dkt. No. 44.)

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge