Michael A. McShane (CA #127944)
mmcshane@audetlaw.com
S. Clinton Woods (CA #246054)
cwoods@audetlaw.com
Ling Y. Kuang (CA #296873)
lkuang@audetlaw.com
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
*Attorneys for Plaintiff Jeff Young,*
*on behalf of himself and all others similarly situated*
[Additional counsel listed in signature block]

Stuart M. Richter (SBN 126231)
stuart.richter@kattenlaw.com
Andrew J. Demko (SBN 247320)
andrew.demko@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
*Attorneys for Defendant Cree, Inc.*
 [Additional counsel listed in signature block]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JEFF YOUNG, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Cree, Inc., <br><br> Defendant. | Case No. 4:17-cv-06252-YGR <br><br> Hon. Yvonne Gonzalez Rogers <br><br> **JOINT STATEMENT IN SUPPORT OF PROPOSED CASE MANAGEMENT ORDER** |

Pursuant to this Court's April 25, 2018 Order following the Initial Case Management Conference, the parties hereby submit this joint statement in advance of the November 5, 2016 Case Management Conference.

## MEDIATION

1.      <u>Mediation:</u> The Parties participated in a mediation on October 10, 2018 before Hon. James Ware (ret.) at JAMS in San Francisco. No settlement was reached at that mediation, but the Parties continue to be engaged in ongoing settlement discussions stemming from the mediation. The Parties are hopeful that a resolution can be reached.

## PRETRIAL DATES

2.      <u>Discovery to Date:</u> As the Court is aware, Plaintiff filed his amended complaint on April 30, 2018. Defendant moved to dismiss. The Court denied Defendant's motion on August 2, 2018. Defendant answered the complaint on August 16, 2018. From there, the Parties proceeded to conduct discovery and prepare for mediation by conducting initial written and oral discovery. Plaintiff's deposition was taken on September 18, 2018. On September 20, 2018 and October 4, 2018, Defendant produced rolling productions of responsive documents. On October 8, Plaintiff conducted a Rule 30(b)(6) deposition of one of Defendant's corporate designees. The parties are still actively discussing the scope and timing of the remaining production in light of the claims at issue and mediation efforts.

3.      <u>Class Certification Deadlines:</u> The current deadline for Plaintiff to file a motion for class certification is December 14, 2018.

<u>Plaintiff's Position</u>- Given the pace and scope of discovery to date as well as the ongoing mediation efforts, Plaintiff does not believe it is realistic to keep the deadline to file Plaintiff's motion for class certification at December 18, 2018. Plaintiff suggests that the deadlines laid out in the Court's Case Management and Pretrial Order on April 25, 2018 be continued as below:

- Deadline to file Class Certification Motion: February 15, 2018

- Deadline to file Opposition to Class Certification Motion and *Daubert* motions: April 15, 2018

- Deadline to file Reply to Class Certification Motion and Response to *Daubert* motions:

1    May 13, 2019

2    -Class Certification Hearing: At the Court's convenience.

3    Defendant's Position – Defendant does not oppose Plaintiff's request to extend class

4    certification deadlines.  Defendant intends to move for summary judgment on or before the

5    Plaintiff's deadline to move for class certification.

6

7    October 29, 2018
     By: s/  Stuart M. Richter                    By: s/          S. Clinton Woods

8    Stuart M. Richter (SBN 126231)               Michael A. McShane (CA #127944)

9    stuart.richter@kattenlaw.com                 mmcshane@audetlaw.com
     Andrew J. Demko (SBN 247320)                 S. Clinton Woods (CA #246054)

10   andrew.demko@kattenlaw.com                   cwoods@audetlaw.com

11   KATTEN MUCHIN ROSENMAN LLP                   Ling Y. Kuang (CA #296873)

12   2029 Century Park East, Suite 2600           lkuang@audetlaw.com
     Los Angeles, CA 90067-3012                   AUDET & PARTNERS, LLP

13   Phone: 310.788.4400 Fax: 310.788.4471        711 Van Ness Avenue, Suite 500
                                                  San Francisco, CA 94102-3275

14   Attorneys for Defendant Cree, Inc.           Phone: (415) 568-2555/Fax: (415) 568-2556

15
                                                  Attorneys for Plaintiff Jeff Young

16                                                Jason P. Sultzer, Esq.

17                                                sultzerj@thesultzerlawgroup.com
                                                  Joseph Lipari, Esq.

18                                                liparij@thesultzerlawgroup.com

19                                                THE SULTZER LAW GROUP
                                                  85 Civic Center Plaza, Suite 104

20                                                Poughkeepsie, NY 12601

21                                                Tel: (845) 483-7100
                                                  Fax: (888) 749-7747

22

23                                                Melissa S. Weiner
                                                  mweiner@pswlaw.com

24                                                Joseph C. Bourne (SBN 308196)

25                                                jbourne@pswlaw.com
                                                  PEARSON, SIMON & WARSHAW, LLP

26                                                800 LaSalle Avenue, Suite 2150

27                                                Minneapolis, Minnesota 55402
                                                  Telephone: (612) 389-0600

28                                                Facsimile: (612) 389-0610

- 2 -

Charles J. LaDuca
Alexandra C. Warren
awarren@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: 202-789-3960
Facsimile: 202-589-1813

Charles E. Schaffer, Esquire
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
cschaffer@lfsblaw.com

*Attorneys for Plaintiff Jeff Young*

JOINT STATEMENT IN SUPPORT OF PROPOSED CASE MANAGEMENT ORDER     4:17-CV-06252-YGR

1

**ATTESTATION**

2      Pursuant to Northern District Local Rule 5-1(i)(3), the filer attests that all other signatories

3   listed, and on whose behalf this filing is submitted, concur in the filing's content and have

4   authorized the filing.

5

6   October 29, 2018                          By: *s/          Stuart Richter*

7                                                  Stuart Richter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT IN SUPPORT OF PROPOSED CASE MANAGEMENT ORDER      4:17-CV-06252-YGR