UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JEFF YOUNG,**

   **Plaintiff**,

  v.

**CREE, INC.,**

   **Defendant**.

Case No. 17-cv-06252-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER NO. 2**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby amends the pretrial dates set forth in the Court's first Case Management and Pretrial Order, dated April 25, 2018, (Dkt. No. 45) as follows:

## PRETRIAL SCHEDULE

| | |
|---|---|
| DEADLINE TO FILE CLASS CERTIFICATION MOTION AND PLAINTIFF'S EXPERT DISCLOSURES RELATED TO CLASS CERTIFICATION: | ~~December 14, 2018~~ January 18, 2019 |
| DEADLINE TO FILE OPPOSITION TO CLASS CERTIFICATION MOTION, INCLUDING *DAUBERT* CHALLENGES RELEVANT TO CLASS CERTIFICATION AND DEFENDANTS' EXPERT DISCLOSURES RELATED TO CLASS CERTIFICATION: | ~~February 15, 2019~~ March 22, 2019 |
| DEADLINE TO FILE REPLY IN SUPPORT OF CLASS CERTIFICATION AND RESPONSE TO *DAUBERT* CHALLENGES RELEVANT TO CLASS CERTIFICATION AND PLAINTIFF'S REBUTTAL EXPERT DISCLOSURES RELATED TO CLASS CERTIFICATION | ~~March 29, 2019~~ May 3, 2019 |
| CLASS CERTIFICATION HEARING: | ~~Tuesday, April 23, 2019 at 2:00 p.m.~~ Tuesday, May 28, 2019 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: November 7, 2018

_____
**Hon. YVONNE GONZALEZ ROGERS**
United States District Judge