UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF YOUNG,<br><br>        Plaintiff,<br><br>v.<br><br>CREE, INC.,<br><br>        Defendant. | Case No. 17-cv-06252-YGR (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 70 |

The parties have filed a joint letter brief in which Defendant Cree, Inc., moves to strike certain corrections that Plaintiff Jeff Young made to his deposition transcript pursuant to Federal Rule of Civil Procedure 30(e). ECF No. 70. Rule 30(e) provides that "if there are changes in form or substance," the deponent must "sign a statement listing the changes and the reasons for making them." The Ninth Circuit has explained that "[a] statement of reasons explaining corrections is an important component of errata submitted pursuant to FRCP 30(e), because the statement permits an assessment concerning whether the alterations have a legitimate purpose." *Hambleton Bros. Lumber Co. v. Balkin Enterprises, Inc.*, 397 F.3d 1217, 1224-25 (9th Cir. 2005). Here, Young says in his portion of the letter brief that "Plaintiff also provided a signed letter to Defendant explaining his errata. Nothing more is warranted." ECF No. 70 at 3. However, that statement of reasons is not before the Court. The Court **ORDERS** Young to submit the signed letter he refers to in the letter brief by noon on January 17, 2019, so the Court may perform "an assessment concerning whether the alterations have a legitimate purpose." *Hambleton Bros.*, 397 F.3d at 1224-25.

For future discovery disputes, the parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at

https://cand.uscourts.gov/tsh/standing-orders.  Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: January 16, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge