UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>CREE, INC.,<br><br>        Defendant. | Case No. 17-cv-06252-YGR (TSH)<br><br>**ORDER RE PROPOSED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 75 |

Defendant Cree, Inc., proposes a protective order and states that Plaintiff Jeff Young agrees to it. ECF No. 75. However, the dispute resolution procedure in paragraph 5 of the proposed order conflicts with the undersigned's Discovery Standing Order. Specifically, paragraph 5 states that "[i]f the parties cannot in good faith resolve the dispute, the Receiving Party may move the Court for an order removing or changing the designation . . ." and that "[i]n addition, the challenging party may file a motion challenging a confidentiality designation at any time . . .," whereas the Standing Order requires disputes such as those to be raised in a joint letter brief. The proposed protective order is therefore **DENIED WITHOUT PREJUDICE** to the submission of a proposed protective order that rephrases paragraph 5 to state that such disputes shall be raised in a joint letter brief.

**IT IS SO ORDERED.**

Dated: January 18, 2019

THOMAS S. HIXSON
United States Magistrate Judge