*Placeholder for provisionally sealed document*

# Exhibit 2