# Exhibit 3

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      OAKLAND DIVISION

 4                         ---oOo---

 5   JEFF YOUNG, individually    )

 6   And on behalf of all other  )

 7   Similarly situated,         )

 8              Plaintiffs,      )  No. 4:17-CV-06252-YGR

 9         vs.                   )

10   CREE, INC.,                 )

11              Defendants.      )

12   _____)

13                         ---oOo---

14              DEPOSITION OF JEFFRY YOUNG

15                 September 18, 2018

16

17

18

19   Reported by:  DENNIS M. SOUZA, CSR #3893

20   - - - - - - - - - - - - - - - - - - - - - - - - - - -

21

22

23

24

25
                                                            1
```

```
 1   show you some documents today and I may ask you to          10:28
 2   read portions and I may ask you questions about them.       10:28
 3   This is one of those documents.                             10:28
 4       A.   I understand.                                      10:28
 5       Q.   What I would like you to look at is on the         10:28
 6   third page, the page number says 1 at the bottom.  If       10:28
 7   you flip to the third page there is a list of -- it is      10:28
 8   called Exhibit A.  Do you see that?                         10:28
 9       A.   I am still looking for a page number.              10:28
10       Q.   You got it.  And this is a list of documents       10:28
11   that we asked for.                                          10:28
12            I will note for the record your Counsel            10:29
13   produced one document today, and you brought along a        10:29
14   light bulb today, and we have taken pictures of that        10:29
15   light bulb and I don't know if I will add them to the       10:29
16   record or not.                                              10:29
17            I will say that for the record you brought         10:29
18   along a, it says "bad" on it, and it appears to be a        10:29
19   light bulb.  I can't read anything else on it.              10:29
20            MR. WOODS:  You can't read the writing on          10:29
21   that?                                                       10:29
22            MR. RICHTER:  Q.  I can see that.  On the          10:29
23   base of it above the screw it says "4/215"?                 10:29
24       A.   Yes.                                               10:29
25       Q.   And it says "Home Depot"?                          10:29
```

                                                                  20

| | | |
|---|---|---|
| 1 | A. Yes. | 10:29 |
| 2 | Q. It also says "CREE" on the bottom. | 10:29 |
| 3 | A. Indeed. | 10:29 |
| 4 | Q. All right. And then there is a piece of | 10:29 |
| 5 | tape, masking tape across the top that says "bad"? | 10:29 |
| 6 | A. Correct. | 10:29 |
| 7 | Q. All right. And that is what you brought with | 10:29 |
| 8 | you today? | 10:29 |
| 9 | A. Yes. | 10:29 |
| 10 | MR. RICHTER: Then let's mark right away as | 10:30 |
| 11 | Exhibit 2 -- | 10:30 |
| 12 | (Defendant's Exhibit 2 was marked). | 10:30 |
| 13 | MR. RICHTER: Q. Exhibit 2 is a one-page | 10:30 |
| 14 | document. And it appears to be an E-mail. It has got | 10:30 |
| 15 | Clint Woods' letterhead on it, which I believe just | 10:30 |
| 16 | means that Mr. Woods printed it, but the original | 10:30 |
| 17 | message is from CREE Bulb Customer Support to | 10:30 |
| 18 | Jeffy427@comcast.net. Jeffy427@comcast.net is your | 10:30 |
| 19 | E-mail, correct, Mr. Young? | 10:30 |
| 20 | A. Yes, it is. | 10:30 |
| 21 | Q. It is currently your E-mail? | 10:30 |
| 22 | A. Yes, it is. | 10:30 |
| 23 | Q. And it was your E-mail back in August of | 10:30 |
| 24 | 2016, correct? | 10:30 |
| 25 | A. Yes, it was. | 10:30 |

21

Jeffry L. Young                                                        September 18, 2018

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 10:47 |
| 2 | Q. | Have you bought any other LED bulbs besides CREE bulbs? | 10:47 |
| 3 | | | 10:48 |
| 4 | A. | Yes. | 10:48 |
| 5 | Q. | Do you recall the manufacturers? | 10:48 |
| 6 | A. | EcoSmart. | 10:48 |
| 7 | Q. | When did you buy those? | 10:48 |
| 8 | A. | Six months, a year ago, something like that. | 10:48 |
| 9 | Q. | Any others? | 10:48 |
| 10 | A. | I have -- don't remember where or the manufacturers -- at least I think I have. | 10:48 |
| 11 | | | 10:48 |
| 12 | Q. | You are not sure? | 10:48 |
| 13 | A. | I'm not sure. | 10:48 |
| 14 | Q. | So other than the EcoSmart bulb you bought six months to a year ago, the only recollection of LED bulb purchases you have are the three bulbs you bought from CREE? | 10:48 |
| 15 | | | 10:48 |
| 16 | | | 10:48 |
| 17 | | | 10:49 |
| 18 | A. | The only thing I can remember specifically -- but it is possible I have bought others. I'd have to see how many bulbs and how many purchases. | 10:49 |
| 19 | | | 10:49 |
| 20 | | | 10:49 |
| 21 | Q. | And I want to make sure the record's clear. You said that for LED bulbs, before you installed them, you wrote the date you installed them on the bulb? | 10:49 |
| 22 | | | 10:49 |
| 23 | | | 10:49 |
| 24 | | | 10:49 |
| 25 | A. | Yes. | 10:49 |

37

```
 1              MR. WOODS:  Just answer the questions.          11:42
 2              MR. RICHTER:  Q.  You had the documents from    11:42
 3    way back in August 2016 that is still on your             11:42
 4    computer, right?                                           11:42
 5       A.   It was actually on Comcast.  They did the         11:42
 6    search.                                                    11:42
 7       Q.   They did the search?                              11:42
 8       A.   Yeah.  I don't think it was in my computer, I     11:42
 9    think it was in their cloud or whatever, I don't know.    11:42
10    It might have been mine -- it may well have -- I don't    11:42
11    know, I am guessing again.  I don't know where it was.    11:42
12              MR. WOODS:  Just answer the question he is      11:42
13    asking.                                                    11:42
14              THE WITNESS:  Okay.                              11:42
15              MR. RICHTER:  Q.  In paragraph 32 you go on     11:42
16    to state you paid approximately 15 to $20 for each        11:42
17    bulb.                                                      11:42
18       A.   Which one?                                        11:42
19       Q.   Paragraph 32.                                     11:42
20       A.   I was looking at the lines.                       11:42
21       Q.   Is that accurate?                                 11:42
22       A.   Close, but I don't know what I paid.  Well,       11:42
23    it says approximately, yeah, that is accurate.            11:43
24       Q.   That is accurate?                                 11:43
25       A.   Yeah.  Approximately 15 to 20 bucks.              11:43
```

76

Jeffry L. Young                                                September 18, 2018

| | | |
|---|---|---|
| 1 | Walmart. | 11:48 |
| 2 | Again, that is not accurate, right? | 11:48 |
| 3 | A.   No. | 11:48 |
| 4 | MR. WOODS:  Objection. | 11:48 |
| 5 | THE WITNESS:  No. | 11:48 |
| 6 | MR. WOODS:  Objection, compound. | 11:48 |
| 7 | MR. RICHTER:  Q.  Again it says you paid | 11:48 |
| 8 | approximately 15 to $20 for each bulb, right? | 11:48 |
| 9 | A.   Okay. | 11:48 |
| 10 | Q.   It says "Prior to purchasing the bulbs | 11:48 |
| 11 | Mr. Young reviewed representations on the label." | 11:48 |
| 12 | A.   Yes. | 11:49 |
| 13 | Q.   You did that? | 11:49 |
| 14 | A.   Yes. | 11:49 |
| 15 | Q.   What did you review? | 11:49 |
| 16 | A.   Warranty periods; how many -- how long it | 11:49 |
| 17 | lasted, how much the annual estimate to run it, that | 11:49 |
| 18 | kind of stuff. | 11:49 |
| 19 | Whenever you compare apples to apples on the | 11:49 |
| 20 | different brands.  I don't remember the specific | 11:49 |
| 21 | numbers. | 11:49 |
| 22 | Q.   So the warranty period, how long it lasted. | 11:49 |
| 23 | A.   How many hours it burned or whatever, yeah, | 11:49 |
| 24 | or ten-year -- or sometimes they put it in years, | 11:49 |
| 25 | sometimes they put -- | 11:49 |

82

| | | |
|---|---|---|
| 1 | Q. Do you recall if anybody went with you when | 11:50 |
| 2 | you bought the bulbs? | 11:50 |
| 3 | A. Unlikely, but no recollection. | 11:50 |
| 4 | Q. Did you talk to anybody from Home Depot about | 11:50 |
| 5 | the bulbs -- | 11:50 |
| 6 | A. No. | 11:50 |
| 7 | Q. -- when you bought them? | 11:50 |
| 8 | A. Very unlikely. | 11:50 |
| 9 | Q. That is a no or is it I don't recall? | 11:51 |
| 10 | A. All right. I don't recall. | 11:51 |
| 11 | Q. Other than looking at the label did you look | 11:51 |
| 12 | at any advertisements or information in the Home Depot | 11:51 |
| 13 | store when you bought the bulbs? | 11:51 |
| 14 | A. I don't recall. | 11:51 |
| 15 | Q. So it says here that you reviewed | 11:51 |
| 16 | representations on the label which compared the CREE | 11:51 |
| 17 | bulbs to other LED and non-LED bulbs; is that | 11:51 |
| 18 | accurate? | 11:51 |
| 19 | A. Yes. | 11:51 |
| 20 | Q. And those representations included but are | 11:51 |
| 21 | not necessarily limited to representations that he | 11:51 |
| 22 | would save upwards of $100 per bulb over the life of | 11:51 |
| 23 | the bulb. | 11:51 |
| 24 | Do you remember seeing that? | 11:51 |
| 25 | A. Yeah. Something like that. I don't remember | 11:51 |

84

| | | |
|---|---|---|
| 1 | the exact numbers. | 11:51 |
| 2 | Q.   Representations that the bulb would perform | 11:51 |
| 3 | better than less expensive LED and non-LED bulbs, | 11:51 |
| 4 | right? | 11:51 |
| 5 | A.   Yeah.  Absolutely. | 11:52 |
| 6 | Q.   And representations that the bulbs were | 11:52 |
| 7 | guaranteed and/or warranted for performance? | 11:52 |
| 8 | A.   Right. | 11:52 |
| 9 | Q.   You saw that? | 11:52 |
| 10 | A.   Yes. | 11:52 |
| 11 | Q.   Look at the next paragraph.  It says:  "In | 11:52 |
| 12 | addition, Mr. Young viewed some internet and | 11:52 |
| 13 | television advertisements by CREE prior to | 11:52 |
| 14 | purchasing."  Is that accurate? | 11:52 |
| 15 | A.   I don't know that it was CREE.  I saw | 11:52 |
| 16 | advertisements representing LED light bulbs. | 11:52 |
| 17 | Q.   On TV? | 11:52 |
| 18 | A.   On TV. | 11:52 |
| 19 | Q.   What about internet? | 11:52 |
| 20 | A.   Oh, yeah. | 11:52 |
| 21 | Q.   You saw ads on the internet? | 11:52 |
| 22 | A.   Oh, yeah, yeah. | 11:52 |
| 23 | Q.   But I thought you testified earlier that you | 11:52 |
| 24 | don't recall any CREE ads on the internet? | 11:52 |
| 25 | MR. WOODS:  Objection, mischaracterizes the | 11:52 |

85

```
 1   testimony.  You can answer.                              11:52
 2           THE WITNESS:  Yeah.  I don't remember if         11:52
 3   CREE, specifically.  I don't remember any,               11:52
 4   specifically, I just know I have seen them.              11:52
 5           MR. RICHTER:  Q.  You've seen ads on the TV?     11:52
 6      A.   And the internet for LED bulbs.                  11:52
 7      Q.   And you saw these ads before you bought the      11:53
 8   CREE bulbs?                                              11:53
 9      A.   Yes.                                             11:53
10      Q.   How long before?                                 11:53
11      A.   I have no idea, years maybe.                     11:53
12      Q.   Years maybe?                                     11:53
13      A.   Yeah.                                            11:53
14      Q.   Did those ads contain any representations        11:53
15   about the length of time the bulbs would last or the     11:53
16   quality of the light or anything like that?              11:53
17           MR. WOODS:  Object to form.  You can answer.     11:53
18           THE WITNESS:  Yes.                               11:53
19           MR. RICHTER:  Q.  They did?                      11:53
20      A.   Yes.                                             11:53
21      Q.   And you remembered that when you bought the      11:53
22   CREE bulbs?                                              11:53
23      A.   Yes.                                             11:53
24      Q.   Even though you don't remember that those ads    11:53
25   had anything to do with CREE?                            11:53
```

```
 1        A.   Yes.                                              12:38
 2        Q.   And when you went into the store to buy the       12:38
 3   CREE bulbs, were you looking specifically for CREE or       12:38
 4   were you looking generally for LED bulbs?                   12:38
 5        A.   Generally.                                        12:38
 6        Q.   So when you went to Home Depot, did you see       12:38
 7   other brands of LED bulbs?                                  12:38
 8        A.   Yes.                                              12:38
 9        Q.   Did you compare the packages for those bulbs?     12:38
10        A.   Yes.                                              12:38
11        Q.   So you read the CREE package and you read,        12:38
12   like, Philips, maybe?                                       12:38
13        A.   Whoever.                                          12:38
14        Q.   Sylvania?                                         12:38
15        A.   Whoever.                                          12:38
16        Q.   Feit, F-e-i-t?                                    12:38
17        A.   Whoever.                                          12:38
18        Q.   So you saw other products, LED products?          12:38
19        A.   Yes.                                              12:38
20        Q.   So you read the 100-watt package for the CREE     12:38
21   bulb and those products?                                    12:38
22        A.   Yes.                                              12:38
23        Q.   Because you were looking for 100 watts,           12:38
24   right?                                                      12:38
25        A.   Yes.                                              12:38
```

                                                                98

```
 1         Q.   By the way, the 100-watt bulb was it a           12:38
 2    three-way or was it straight 100-watt?                     12:38
 3         A.   It was straight 100-watt dimmable.               12:38
 4         Q.   Dimmable?                                        12:38
 5         A.   Yeah.  I made sure I got the dimmable.           12:38
 6         Q.   Do you usually buy your bulbs at Home Depot?     12:38
 7         A.   Usually, Home Depot or Walmart.  I go both       12:39
 8    places.  I have no -- I don't prefer one over the          12:39
 9    other.                                                     12:39
10         Q.   Oh, is there a Home Depot in Guerneville?        12:39
11         A.   No.                                              12:39
12         Q.   Where is it?                                     12:39
13         A.   It's in Windsor and there is one in Rohnert      12:39
14    Park.                                                      12:39
15         Q.   What is that one?                                12:39
16         A.   Rohnert Park.                                    12:39
17         Q.   Rohnert Park.                                    12:39
18         A.   And there is also one in Santa Rosa.  So they    12:39
19    are all over.                                              12:39
20         Q.   Which one do you usually go to?                  12:39
21         A.   Usually Windsor.                                 12:39
22         Q.   Where is your Walmart you go to?                 12:39
23         A.   The same.  There is no Walmart in Santa Rosa     12:39
24    but there is a Walmart next door to the Windsor            12:39
25    Home Depot and there is a Walmart next to the Rohnert      12:39
```

```
 1   STATE OF CALIFORNIA         )

 2                               )   ss.

 3   OAKLAND DIVISION            )

 4

 5

 6                   I hereby certify that the witness in

 7   the foregoing deposition named

 8                         JEFF YOUNG

 9   was by me duly sworn to testify the truth, the whole

10   truth and nothing but the truth in the within-entitled

11   cause; that said deposition was taken at the time and

12   place therein named; that the testimony of the said

13   witness was reported by me, a duly Certified Shorthand

14   Reporter and disinterested person, and was thereafter

15   transcribed into typewriting under my direction.

16                   I further certify that I am not of

17   counsel or attorney for either or any of the parties

18   to said deposition, nor in any way interested in the

19   outcome of the cause named in said caption.

20

21                              WITNESS WHEREOF, I have
                                hereunto subscribed my
22                              hand this 24th day of
                                September, 2018
23

24                              _____
                                DENNIS M. SOUZA, CSR No. 3893
25
```

135