EXHIBIT 2

| | |
|---|---|
| **From:** | Lindahl, Rebecca K. <rebecca.lindahl@kattenlaw.com> |
| **Sent:** | Friday, April 19, 2019 5:19 PM |
| **To:** | Clint Woods; Richter, Stuart M. |
| **Cc:** | Michael McShane; Weiner, Melissa S.; Bourne, Joseph C.; Michael Liskow; Jeremy Francis; Charlie Schaffer; Clint Woods |
| **Subject:** | RE: Young v. Cree- Jesse David documents and bates ranges. |

Hi Clint, we're looking into this, but because of travel and family holiday commitments won't be able to wrap it up tonight. We'll get back to you as soon as we can. We certainly would have been happy to look into this at any point after Jesse's report was filed last month, including on Tuesday evening before Jesse's deposition when we got you information about the Bates range of our production.

Have a good weekend, and a happy holiday to those who are celebrating holidays this weekend.

Becky


**Rebecca K. Lindahl**
Partner
**Katten Muchin Rosenman LLP**
550 S. Tryon Street, Suite 2900 / Charlotte, NC 28202-4213
p / +1.704.344.3141 f / +1.704.344.2277
rebecca.lindahl@kattenlaw.com / www.kattenlaw.com

**From:** Clint Woods <cwoods@audetlaw.com>
**Sent:** Friday, April 19, 2019 6:23 PM
**To:** Lindahl, Rebecca K. <rebecca.lindahl@kattenlaw.com>; Richter, Stuart M. <stuart.richter@kattenlaw.com>
**Cc:** Michael McShane <mmcshane@audetlaw.com>; Weiner, Melissa S. <mweiner@pswlaw.com>; Bourne, Joseph C. <jbourne@pswlaw.com>; Michael Liskow <Liskowm@thesultzerlawgroup.com>; Jeremy Francis <francisj@thesultzerlawgroup.com>; Charlie Schaffer <CSchaffer@lfsblaw.com>
**Subject:** Young v. Cree- Jesse David documents and bates ranges.

Becky and Stuart,

As you know, Jesse David testified the other day that he relied upon the documents that he listed in his report, and they informed his conclusions. However, we do not appear to have copies in the database of several of the documents he listed in his report. The following documents listed in his report are not in any of the three document productions we have received to date and must be produced immediately:

- CREE_01762499 – 500
- CREE_02165616
- CREE_02168250 – 251
- CREE_02166939 – 942
- CREE_02166967 – 970
- CREE_02166974 – 977
- CREE_02180460 – 461

- CREE_02200417
- CREE_02214029
- CREE_02214381 – 382
- CREE_02215835
- CREE_02222005
- CREE_02222227
- CREE_02225262
- CREE_02314075
- CREE_02315341
- CREE_02338377 – 378
- CREE_02417861 – 862
- CREE_02442681
- CREE_02446416
- CREE_02450683
- CREE_02214029
- CREE_01762500

We also note that all of these documents are well outside the bates range of documents that have been provided to us (last bates number produced according to our records is CREE_00072982). Can you explain how these documents were A) not produced already, and B) so far outside the bates range for this case? Thank you.

S. Clinton Woods, Esq.
cwoods@audetlaw.com
t 415.568.2555
f 415.568.2556
Audet & Partners, LLP.
711 Van Ness Ave., Suite 500
San Francisco, CA 94102
www.audetlaw.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

```
============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended
for the exclusive
use of the individual or entity to whom it is addressed and may contain information
that is
proprietary, privileged, confidential and/or exempt from disclosure under
applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying,
disclosure or
distribution of this information may be subject to legal restriction or sanction.
Please notify
the sender, by electronic mail or telephone, of any unintended recipients and
delete the original
message without making any copies.
============================================================
```

NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
==========================================================