# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**JEFF YOUNG,**

    Plaintiff,

vs.

**CREE, INC.,**

    Defendant.

CASE NO. 17-cv-06252-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER NO. 3**

The Court has received and reviewed parties' joint status update regarding their proposed schedule. (Dkt. No. 112.) The Court hereby **GRANTS** plaintiff's request for adoption of his proposed schedule and **SETS** and **RESTATES** the following deadlines:

## PRETRIAL SCHEDULE

| | |
|---|---|
| DEADLINE TO FILE A RENEWED CLASS CERTIFICATION MOTION AND PLAINTIFF'S EXPERT DISCLOSURES RELATED TO CLASS CERTIFICATION: | December 13, 2019 |
| DEADLINE TO FILE OPPOSITION TO RENEWED CLASS CERTIFICATION MOTION, INCLUDING *DAUBERT* CHALLENGES RELEVANT TO CLASS CERTIFICATION AND DEFENDANTS' EXPERT DISCLOSURES RELATED TO CLASS CERTIFICATION: | February 14, 2020[1] |
| DEADLINE TO FILE REPLY IN SUPPORT OF RENEWED CLASS CERTIFICATION AND RESPONSE TO *DAUBERT* CHALLENGES RELEVANT TO CLASS CERTIFICATION AND PLAINTIFF'S REBUTTAL EXPERT DISCLOSURES RELATED TO CLASS CERTIFICATION: | March 27, 2020 |
| DEADLINE TO FILE REPLY IN SUPPORT OF *DAUBERT* CHALLENGES RELEVANT TO CLASS CERTIFICATION: | April 3, 2020 |

---

[1] The Court notes that the parties' submission includes dates in 2019 that have already passed. Thus, the Court assumes that parties intended to submit these dates in 2020.

| | |
|---|---|
| HEARING ON RENEWED MOTION FOR CLASS CERTIFICATION: | Tuesday, April 21, 2020 at 2:00 p.m. |
| NON-EXPERT DISCOVERY CUTOFF: | 63 days after Order on Renewed Class Certification Motion |
| DISCLOSURE OF FINAL EXPERT REPORTS, OPENING AND REBUTTAL: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 25(A)(2)(B). | 21 days after Non-Expert Discovery Cutoff |
| EXPERT DISCOVERY CUTOFF[2]: | 21 days after Disclosure of Expert Reports |
| DISPOSITIVE MOTIONS[3] / *DAUBERT* MOTIONS TO BE FILED BY: | 28 days after Disclosure of Expert Reports |

Moreover, the Court **VACATES** the following pretrial dates set by the Court's April 25, 2018 (Dkt. No. 45) order: Compliance Hearing set for December 20, 2019; Pretrial Conference set for January 17, 2020, as well as the corresponded statement deadline of January 3, 2020; and Trial Date of February 3, 2020.

Finally, the Court **VACATES** the compliance hearing scheduled for Friday, June 21, 2019.

**IT IS SO ORDERED.**

Dated: June 19, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] *See* Standing Order regarding discovery and discovery motions.

[3] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

2