Stuart M. Richter (SBN 126231)
Andrew J. Demko (SBN 247320)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant Cree, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFF YOUNG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CREE, Inc.,<br><br>    Defendant. | Case No.    4:17-cv-06252-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF STUART M. RICHTER IN SUPPORT OF DEFENDANT CREE INC.'S (1) OPPOSITION TO RENEWED MOTION FOR CLASS CERTIFICATION, (2) MOTION TO STRIKE REPORT AND EXCLUDE OPINIONS OF MR. STEFAN BOEDEKER AND (3) MOTION TO STRIKE REPORT AND EXCLUDE OPINIONS OF DR. GARY ALLEN**<br><br>Complaint Filed: October 27, 2017<br>Date: April 21, 2020<br>Time: 2:00 pm<br>Place: Courtroom 1 – 4th Floor |

1

# **DECLARATION OF STUART M. RICHTER**

I, Stuart M. Richter, hereby declare as follows:

1. I am an attorney licensed to practice in California and a partner of the law firm of Katten Muchin Rosenman LLP, counsel of record for defendant Cree, Inc. ("Defendant").

2. Attached hereto as **Exhibit 1** is a true and correct copy of pertinent excerpts from the deposition of Stefan Boedeker, and the documents marked at his deposition as Exhibits 9, 11, and 15.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the errata sheet Stefan Boedeker prepared with respect to his deposition testimony.

4. Attached hereto as **Exhibit 3** is a comparison between the errata sheet Stefan Boedeker prepared with respect to his deposition testimony and the original testimony

5. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff's Answers to Defendant's Interrogatories – Set One and referenced photos.

6. Attached hereto as **Exhibit 5** is a true and correct copy of pertinent excerpts from the deposition of Jeff Young.

7. Attached hereto as **Exhibit 6** is the expert report of Jesse David.

8. Attached hereto as **Exhibit 7** is the expert report of Joel Steckel.

9. Attached hereto as **Exhibit 8** is the expert report of Morgan Pattison.

10. Attached hereto as **Exhibit 9** is the expert report of Lynne Weber.

11. Attached hereto as **Exhibit 10** is a true and correct copy of pertinent excerpts from the deposition of Gary Allen.

/s/ Stuart M. Richter
Stuart M. Richter