# **EXHIBIT 2**

Page 214

```
 1
 2
 3
 4
 5
 6
 7
 8            I, STEFAN BOEDEKER, do hereby declare under
 9    penalty of perjury that I have read the foregoing
10    transcript; that I have made any corrections as appear
11    noted, in ink, initialed by me, or attached hereto;
12    that my testimony as contained herein, as corrected, is
13    true and correct.
14            Executed this 21 day of March, 2019, at Los
15    Angeles, California.
16
17
18
19
20
21
22                          _____
                            STEFAN BOEDEKER
23                          Volume I
24
25
```

1      NAME OF CASE: Jeff Young v. Cree,
                     Inc., United States
                     District Court, Northern
                     District of California,
                     Oakland Division

2      DATE OF DEPOSITION: March 12, 2019

3      NAME OF WITNESS: Stefan Boedeker

4      Reason Codes:

5          1.  To clarify the record.

6          2.  To conform to the facts.

7          3.  To correct transcription errors.

8      Page 21____  Line 5_____ Reason 3_____

9      From laborers_____ to labels_____

10     Page 28____  Line 19_____ Reason 3_____

11     From In the lead of_____ to in the lead-up to____

12     Page 64____  Line 21_____ Reason 1_____

13     From After the last sentence add_____
       to The claims "up to 3x as long as the cheap
       LED bulbs" and "6x as long as the cheap LED"
       are described in paragraphs 22 and 23 of the
       Amended Complaint as well as on page 10 of the
       Order re Motion to Dismiss from April 9, 2018.
       _____

14     Page 154____ Line 10_____ Reason 1_____

15     From After the last sentence add_____
       to The row "Lifetime" in the conjoint section
       shows the lifetime and the savings over the
       stated lifetime. Therefore, the relevant
       description includes an explanation of
       lifetime savings as they are shown in the
       conjoint module._____

16      Page 164     Line 24     Reason 3

17      From devaluate              to evaluate

18      Page 165     Line 2      Reason 3

19      From devaluate              to evaluate

20      Page 174     Line 2      Reason 1

21      From After the last sentence add
        to The claims "up to 3x as long as the cheap
        LED bulbs" and "6x as long as the cheap LED"
        are described in paragraphs 22 and 23 of the
        Amended Complaint as well as on page 10 of the
        Order re Motion to Dismiss from April 9, 2018.

22      Page 177     Line 15     Reason 1

23      From Add after the last sentence
        to It does not matter whether the cell is
        blank or contains "no claim".

22      Page 192     Line 21     Reason 1

23      From Add after the last sentence
        to After I had completed the review of current
        market prices I realized that the prices
        originally set for the conjoint study were
        likely too high, To accommodate the decline in
        current market prices, I asked the vendor to
        apply lower prices than listed in the original
        draft questionnaire.

22      Page 137     Line 20     Reason 1

23      From Add after the last sentence
        to My staff had included three questions from
        CREE_00070939 in the survey to distract from
        the fact that this survey would be used in
        litigation related to an LED manufacturer and
        instead to make the survey appear to be a
        typical marketing survey. By oversight, I did
        not reference CREE_00070939 in a footnote. To
        clarify, these three questions are not used in
        my analysis and have no bearing on the results
        of my analysis.

TSG Reporting - Worldwide - 877-702-9580

TSG Reporting - Worldwide - 877-702-9580

Michael A. McShane (CA #127944)
mmcshane@audetlaw.com
S. Clinton Woods (CA #246054)
cwoods@audetlaw.com
Ling Y. Kuang (CA #296873)
lkuang@audetlaw.com
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102-3275
Telephone:   (415) 568-2555
Facsimile:   (415) 568-2556

*Attorneys for Plaintiff Jeff Young, on behalf of himself and all others similarly situated*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFF YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Cree, Inc.,<br><br>Defendant. | Case No:   4:17-cv-06252-YGR<br><br>**CERTIFICATE OF SERVICE FOR ERRATA TO DEPOSITION OF STEFAN BOEDEKER** |

# CERTIFICATE OF SERVICE

I, Harold Darling, declare that I am over the age of eighteen (18) and not a party to the entitled action. My business address is Audet & Partners, LLP, which is located at 711 Van Ness Avenue, Suite 500, San Francisco, California 94102-3229, hdarling@audetlaw.com, and on March 21, 2019, I caused to be served the following:

**CERTIFICATE OF SERVICE FOR ERRATA TO DEPOSITION OF STEFAN BOEDEKER**

The aforementioned documents were delivered, in accordance with Federal Rules of Civil Procedure Rule 5, via electronic mail, to the parties and their respective attorneys of record as indicated below:

| | |
|---|---|
| Andrew John Demko<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067−3012<br>310−788−4462Fax: 310−788−4471<br>Email: andrew.demko@kattenlaw.com<br><br>*Attorney for Cree, Inc.* | KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067−3012<br>310−788−4400<br>Fax: 310−788−4471<br>Email: stuart.richter@kattenlaw.com<br><br>*Attorney for Cree, Inc.* |
| Charles Allan DeVore<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe St.<br>Chicago, IL 60661<br>312−902−5478<br>Email: charles.devore@kattenlaw.com<br><br>*Attorney for Cree, Inc.* | Melissa S. Weiner<br>mweiner@pswlaw.com<br>PEARSON SIMON & WARSHAW, LLP<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br><br>*Attorney for Plaintiff Jeff Young* |
| Rebecca K. Lindahl<br>KATTEN MUCHIN ROSENMAN LLP<br>550 S Tryon Street, Suite 2900<br>Charlotte, NC 28202<br>704−344−3141/Fax: 704−344−2277<br>Email: rebecca.lindahl@kattenlaw.com<br><br>*Attorney for Cree, Inc.* | |
| Stuart Matthew Richter | |

| | | |
|---|---|---|
| 1 | Charles Schaffer | Jason P. Sultzer |
| 2 | cshaffer@lfsblaw.com | sultzerj@thesultzerlawgroup.com |
|   | LEVIN, SEDRAN & BERMAN, LLP | Adam R. Gonnelli |
| 3 | 510 Walnut Street | gonnellia@thesultzerlawgroup.com |
|   | Suite 500 | THE SULTZER LAW GROUP, PC |
| 4 | Philadelphia, PA 19106-1500 | 14 Wall Street, 20th Floor |
| 5 | Phone: 215-592-1500 | New York, NY 10005 |
|   | Fax: 215-592-4663 | |

*Attorney for Plaintiff Jeff Young*                *Attorneys for Plaintiff Jeff Young*

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Date: <u>March 21, 2019</u>          Signature: _____

                                                    Harold Darling

---

- 2 -

CERTIFICATE OF SERVICE FOR ERRATA TO DEPOSITION OF STEFAN BOEDEKER    4:17-CV-06252-YGR