# <u>EXHIBIT 3</u>

1    testimony?

2        A.   It is my understanding -- I'm not a lawyer

3    so I did not interpret the -- the legal aspect, but

4    -- of her decision, but there are several statements

5    on ~~laborers~~ labels were tested, the direct statements, and

6    from what I recall, again, that case is several

7    years ago, but there were some -- some statements

8    were quite long, like a sentence, 10, 12, 15 words,

9    and other ones were more like two or three buzz

10   words.  And so for the conjoint, where the

11   participants see the attributes on a screen when

12   they do the -- the internet survey, it's a common or

13   global best practices for --

14           [Reporter requests clarification.]

15           THE WITNESS:  Best practices for surveys

16   that you don't call attention to something.  So I

17   explained the concept to my client and then she

18   basically took the longer statements and summarized

19   them so that everything in the end was four or five

20   words long.  And that was, at least in my

21   understanding, the main point that the -- the judge

22   decision said that she -- in her opinion, it does

23   not test the exact statement and therefore was not

24   able to quantify damages.  And I forgot how many

25   statements there were, but there was one I remember

1  analysis?

2      A.   The first time -- I mean, first of all,

3  I'm a trained statistician and my -- my focus in --

4  in economics was in econometrics.

5          [Reporter requests clarification.]

6          THE WITNESS:  Econometrics, which is the

7  statistical application -- or the application of

8  statistical theory and methods in economics.

9          I have also applied statistics in many

10  other areas.  And in the late '90s, conjoint had,

11  like, its first breakthrough more like in -- in

12  consulting.  At that time, I worked for Arthur

13  Andersen's business consulting division.  So as not

14  an -- an auditor or tax person.  There was a

15  business consulting division.  And that's kind of

16  like the first times that I studied conjoint and

17  applied conjoint more in a -- a business consulting

18  sense.  More specifically, I do remember quite a few

19  engagements where, in the lead-up to the whole dot-com

20  boom, companies came up with new ideas, new

21  products, or addition to products, changes in

22  existing products and --

23          [Reporter requests clarification]

24          THE WITNESS:  Changes in existing

25  products.

Page 64

1   of years or hours, and it's the comparison and the

2   long-term warranty.  Those are three claims that

3   best reflected the longevity.

4        Q.   Part of your definition of "longevity

5   claims" includes a representation, as stated by you,

6   that "Defendant's LED bulbs will last up to three

7   times as long as the cheap LED bulbs."

8             Do you see that?

9        A.   Yes.

10       Q.   What is a cheap LED bulb?

11            MR. WOODS:  Objection.  Beyond the scope.

12   Beyond the scope.

13            You can answer.

14            MS. LINDAHL:  They're his words.

15            THE WITNESS:  Yeah, I'm just looking at

16   it.  There's some quotation marks or that is

17   something that -- it says, "up to three times as

18   long," and unfortunately, there's no footnote, but

19   that's not something I made up, so it's something

20   that I probably -- either it's in the motion or in

21   the -- in the -- in the complaint itself.*

    *to The claims "up to 3x as long as
    the cheap LED bulbs" and "6x as
    long as the cheap LED" are
    described in paragraphs 22 and 23
    of the Amended Complaint as well as
    on page 10 of the Order re Motion
    to Dismiss from April 9, 2018.

22   BY MS. LINDAHL:

23       Q.   The phrase "cheap LED bulbs" is included

24   in one of the attributes that you included in your

25   conjoint study, correct?

1    that's just a standard to filter down the group to

2    people who --

3                [Reporter requests clarification.]

4                THE WITNESS:  To filter down the group of

5    respondents to people who actually have had -- made

6    the decision to buy the product and then purchased

7    it.

8    BY MS. LINDAHL:

9        Q.   Are there any other portions of your

10   pretest survey that have questions or phrasing that

11   is identical to questions or phrasing in documents

12   that Cree produced in discovery?

13               MR. WOODS:  Objection.  Object to form.

14               THE WITNESS:  I don't know because, I

15   mean, these survey questions were -- were in the

16   one -- as I said, the decision-making process is --

17   is always a question in there.  The other ones, I

18   would have to -- to talk to staff.  If they copied

19   it from here or from some other source, I don't

20   know. *My staff had included three questions from CREE_00070939 in the survey to distract from the fact that this survey would be used in litigation related to an LED manufacturer and instead to make the survey appear to be a typical marketing survey. By oversight, I did not reference CREE_00070939 in a footnote. To clarify, these three questions are not used in

21   BY MS. LINDAHL:   my analysis and have no bearing on the results of my analysis.

22       Q.   Is it typical for your staff to copy

23   survey questions from case-related discovery

24   documents?

25       A.   I mean, copy survey questions, I mean,

Page 154

1    There's definitely -- this was given to me and I

2    checked it, and, to me, it was sufficient to explain

3    lifetime in the context of this survey.

4         Q.   Do you know why energy costs -- or

5    information about energy costs is included in the

6    definition of "lifetime"?

7         A.   I mean, there's a reference to energy, the

8    Department of Energy, five times longer.  I don't

9    know.  It just seemed to be an add-on here in the

10   definition.  I don't know why it was included.

11        Q.   The -- the row above that includes

12   information about warranty.

13             Do you see that?

14        A.   Oh, the whole box above it, yeah, okay.  I

15   see that.

16        Q.   And the column on the right describes

17   three different warranties, correct?

18        A.   Yes.

19        Q.   Who drafted the language in that box?

20        A.   I mean, that may have also come from --

21   from discussions with Counsel or relative or maybe

22   even from the complaint, so these are, like, three

23   types of warranties that are offered as -- as levels

24   of an attribute in -- in this case.

25        Q.   What is meant by the phrase "100 percent

*The row "Lifetime" in the conjoint section shows the lifetime and the savings over the stated lifetime. Therefore, the relevant description includes an explanation of lifetime savings as they are shown in the conjoint module.

1    trend.

2         Q.   So the four levels, do those represent

3    different representations that an LED lighting

4    manufacturer would make on its packaging or other

5    marketing materials?

6              MR. WOODS:  Object to form.

7              You can answer.

8              THE WITNESS:  I mean, I -- I could imagine

9    that those are -- without pointing to a particular

10   package or marketing material but that those are

11   kind of like items that can be put out.  And, again,

12   from just a few pictures we looked at earlier, I

13   mean, the lifetime savings or -- or hours or years

14   of -- of lifespan are on packages in general and are

15   used, right, to basically indicate that products

16   have the longevity attribute or characteristic.  And

17   here, I wanted to measure if specifying specific --

18   or specifying the amount of time that the lifetime

19   covers, if there's any correlation, right?  You

20   could say at some point, it may flatten out.  At

21   other points, it keeps on going.  So I just wanted

22   to have data points that enabled me to see if the

23   actual lifetime plays a role.  And this is really

24   with respect to ~~devaluate~~ evaluate a model --

25              [Reporter requests clarification.]

1              THE WITNESS:  De -- it's with respect with

2     the goal to ~~devaluate~~ evaluate a model to show to the trier

3     of fact that this is the model that can be used and

4     it's flexible enough to model different input

5     parameters.  I mean, as I sit here right now, I

6     don't know what the exact lifetime is of the

7     products in question, but with this one, I -- I

8     could now model a comparison if the lifetime

9     increases or decreases, right?  Will that have an

10    impact on -- on the demand for those products?  And

11    the demand would be, you know, how much are people

12    paying for a product like that.  That was the reason

13    to -- to include this attribute and choose

14    particular levels.

15    BY MS. LINDAHL:

16         Q.   So is this attribute seeking to measure

17    how a consumer would value the difference in the

18    actual lifetime of a bulb or a different

19    representation to the consumer about the lifetime of

20    the bulb?

21              MR. WOODS:  Object to form.

22              You can answer.

23    BY MS. LINDAHL:

24         Q.   Do you understand what I mean?

25         A.   Not quite.  I mean, I -- why don't you

1    last six times longer than cheap LED lightbulbs."

2            Do you see that?

3    A.    Yes.

4    Q.    What do you mean by "cheap LED

5    lightbulbs"?

6    A.    I think we -- I testified to that earlier.

7    It's really in comparison to what the consumer sees.

8    So when they now see -- this would be part of a

9    conjoint menu, and they're going to see price of

10   6.99, for example, then it's up to the consumer to

11   see at what point something is cheap.  So this is

12   not specified because it's relatively speaking and

13   in comparison to some other product, right?

14           So now, what I wanted to test here is just

15   a statement that rather than giving exact and

16   precise hours and years of lifetime, if there's a

17   comparison statement that indicates that the product

18   that they're buying is -- has more -- higher

19   longevity because of this kind of information, I

20   wanted to test if that plays a role.  So this is

21   also not -- it's basically like a -- a conjoined

22   attribute that I'm populating with -- with two -- in

23   this case two levels to just see if there's an

24   effect on the consumer, will demand change if no

25   such information is available or if a product is

1  really more durable by a certain factor than a

2  competing product.* *The claims "up to 3x as long as the cheap LED bulbs" and
                        "6x as long as the cheap LED" are described in paragraphs
                        22 and 23 of the Amended Complaint as well as on page 10
                        of the Order re Motion to Dismiss from April 9, 2018.

3          Q.   When -- when you talk about -- or when you

4  include language in the conjoint model around things

5  like "lifetime" and lightbulb lasting a certain

6  amount of time, what are you referring to?

7          A.   That's all defined in the bubble, right?

8  I mean, it's basically explained, and now I'm back

9  in -- I don't know -- 14 with the unspecified page

10  starting, "Note:  The following content," right?  So

11  it basically explained what lifetime in that context

12  means and also to comparison to a cheap one.  It

13  just explained what that means in the context of the

14  study.  And it is -- there's no absolute definition,

15  as in content -- or context definition when I'm

16  seeing -- not I, but the participant sees the choice

17  menus, then they know "lifetime" in this context

18  means that, and then they -- they read the actual

19  labels, as you can see later on, all these examples,

20  and it uses very specific X years, Y years, X hours,

21  Y hours.  So it says lifetime is meaning this, and

22  here are the different levels.

23          Q.   Are you --

24          A.   It's kind of a self-contained explanation

25  within the conjoint menu.

Page 177

1         So in the end, all of these different

2    attribute combinations are randomly assigned to the

3    options, and in this case is -- the attribute name

4    is always, I think, in the very left column.  Here,

5    let me look at the -- the screenshots and verify

6    that there's not another one.

7         Yeah, so that's the -- the Edgewood is

8    there, and then it basically -- if a particular

9    binary attribute is not present, then it's left

10   blank.  So no -- somebody who has an option that has

11   no entry, it's basically left blank, that's what the

12   blank means, so almost like an instruction to the

13   programmer, right?  No -- we didn't want them to

14   write "no claim."  We just wanted them to leave

15   the -- the box plain.*  *It does not matter whether the cell is blank or contains "no claim".

16        Q.   Why didn't you want them to write "no

17   claim"?

18        A.   I mean, it's -- it's -- I decided to,

19   like, leave it blank because then it's just

20   information that is not there and that means there's

21   nothing said about six times larger -- or longer

22   than the cheap lightbulbs.

23        Q.   So the document that was marked as

24   Exhibit 14 with the screenshots --

25        A.   Yes.

Page 192

1   prices that were actually chosen are the one in my

2   report.

3         Q.   So --

4         A.   And then the report mentions the -- the

5   conjoint choice menu.

6         Q.   So at one point before your report was

7   finalized, were you considering using the price

8   levels that start on page 10 and continue onto page

9   11 of Exhibit 15?

10        A.   I mean, this is what I considered, right?

11  So this -- as I said, this may just be an earlier

12  draft which then wasn't even discussed with the --

13  with the vendor because the vendor used the data

14  points you see in my report that are also reflected

15  in the -- in the example of the choice menu on

16  Exhibit 14.

17        Q.   Do you know why there were different price

18  levels included in Exhibit 15 than ultimately wound

19  up in the conjoint model set forth on Exhibit -- in

20  Exhibit 14?                *After I had completed the review of current
                              market prices I realized that the prices
                              originally set for the conjoint study were
                              likely too high. To accommodate the decline in
21        A.   I don't recall that.*   current market prices, I asked the vendor to
                              apply lower prices than listed in the original
22        Q.   Okay.            draft questionnaire.

23             MR. WOODS:  Is this a good time?

24             MS. LINDAHL:  Sure.

25             THE VIDEOGRAPHER:  Okay.  Going off the