# EXHIBIT 10

Page 1

1          UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

2                OAKLAND DIVISION

3           CASE NO.:  4:17-cv-06252-YGR

4   JEFF YOUNG, individually and on behalf of all others

5   similarly situated,

6           Plaintiff,

7            -vs-

8   CREE, Inc.,

9           Defendant.

10  *   *   *   *   *   *   *   *   *   *   *   *

    VIDEOTAPED

11  DEPOSITION OF:      GARY R. ALLEN, PhD

12  DATE TAKEN:         January 22, 2020

13  TIME:               10:00 A.M.

14  PLACE:              325 S. ORANGE AVENUE

                        ORLANDO, FLORIDA 32801

15

    REPORTED BY:        MICHELLE PULIDO STUBBEN, FPR,

16                      COURT REPORTER, NOTARY PUBLIC

17  *   *   *   *   *   *   *   *   *   *   *   *

18

19

20

21

22

23

24

25

Page 2

```
 1              A P P E A R A N C E S
 2   JOSEPH C. BOURNE, ESQUIRE
          Pearson Simon Warshaw, LLP
 3        800 Lasalle Avenue, Suite 2150
          Minneapolis, Minnesota 55402
 4            (Jbourne@pswlaw.com)
 5            APPEARING ON BEHALF OF THE PLAINTIFF
 6   REBECCA K. LINDAHL, ESQUIRE
     CHARLES DEVORE, ESQUIRE
 7        Katten Muchin Rosenman, LLP
          550 South Tryon Street, Suite 2900
 8        Charlotte, North Carolina 29202
              (Rebecca.lindahl@kattenlaw.com)
 9
              APPEARING ON BEHALF OF THE DEFENDANT
10
     ALSO PRESENT:
11            Bryan Cohn - Videographer
12   ALSO PRESENT BY VIDEOCONFERENCE:
              Melissa Garrett
13            Morgan Pattison
              Rachel Oplinger
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    C O N T E N T S

2    TESTIMONY OF GARY R. ALLEN, PhD

3            Direct Examination by MS. LINDAHL..........5

4    CERTIFICATE OF REPORTER............................116

5    CERTIFICATE OF OATH................................117

6    ERRATA SHEET......................................118

7

8    EXHIBITS.......................................ATTACHED

9

10                    -   -   -   -   -

11              S T I P U L A T I O N S

12    It is hereby stipulated by and between counsel for the

13   respective parties that the reading and signing of the

14   deposition be reserved.

15                    -   -   -   -   -

16

17                    EXHIBITS

18   NUMBER              DESCRIPTION              PAGE

19   Defendant's Exhibit 1

              Notice                           5

20   Defendant's Exhibit 2

              Report                           5

21

22

23

24

25

Page 16

1          A.    Okay.

2          Q.    And do you see -- I'm looking at paragraph

3     three, which has a heading above it summary of opinions;

4     do you see that?

5          A.    Yes.

6          Q.    Does this paragraph three, which has several

7     subparagraphs below it, contain all of the opinions that

8     you intend to give at trial in this matter?

9          A.    Yes.

10         Q.    I want to focus specifically on paragraph

11    three, subparagraph three; do you see where I am?

12         A.    Yes.

13         Q.    Okay.  And you give an opinion that states,

14    the Cree LED lamps will commonly experience failure in

15    advance of the advertised product life, less than one

16    year; do you see that?

17         A.    Yes.

18         Q.    Did I read that accurately?

19         A.    Yes.

20         Q.    Please define what you mean by failure in that

21    sentence?

22         A.    Failure for an LED lamp or light bulb can mean

23    one of several things, most obvious is it fails to

24    light, turn on the switch, it does not light.  Other is

25    that the light output might be below some

Page 17

1    specifications, typically 70 percent of initial would be

2    considered failure.  Another might be the color shifts

3    from an initial point in units defined in the lighting

4    industry as DUV prime of seven steps.

5              Another might be flickering, which can be very

6    annoying.  And I would say those are the four primary

7    reasons that a lamp would be considered to have failed.

8         Q.   In that sentence, that paragraph three,

9    subparagraph three, when you use the word failure; is

10   there a particular type of failure that you are

11   referring to out of the four that you just described?

12        A.   It would be any of the four.

13        Q.   And do you understand that the allegations in

14   this lawsuit relate to catastrophic failure?

15             MR. BOURNE:  Object to the form.  You can

16        answer the question.

17             THE WITNESS:  I have seen that in documents,

18        yes.

19   BY MS. LINDAHL:

20        Q.   But your opinion is not limited to

21   catastrophic failure only?

22        A.   My opinion is analyzing failures due to

23   overheating, which would almost always be catastrophic

24   failure.

25        Q.   In that paragraph three, subparagraph three,

1   where you state the Cree LED lamps will commonly

2   experience failure in advance of the advertised product

3   life; is it your opinion that every Cree LED lamp will

4   fail in less than one year?

5        A.   No.

6        Q.   What percentage of Cree LED lamps do you

7   believe will fail in less than one year?

8        A.   That is not possible to ascertain from

9   measurements on lamps that are performing.  That number

10   would have to be ascertained from life testing a very

11   large number of lamps for a very long time.

12       Q.   And you did not life test a very large number

13   of lamps for a long number -- for a long amount of time

14   for the purpose of this report.  Correct?

15       A.   Correct.

16       Q.   Can you quantify for me in any way, what

17   percentage of Cree LED lamps you opine will fail within

18   one year?

19       A.   Again, that is not possible from the type of

20   analysis that I was asked to do.

21       Q.   Can you, please, describe for me the

22   instructions that you were given with respect to your

23   assignment on this expert engagement?

24       A.   They were very straightforward.  Are there

25   common elements in each of the Cree lamps, which are

Page 20

1  higher than comparable competitive lamps, and higher

2  than a customer expectation.

3      Q.   Do you have an opinion, sitting here today,

4  what the -- excuse me, comparable competitor lamps would

5  be against which you are comparing the failure rate to

6  make a determination that it is abnormally high?

7      A.   An estimate of what?  About the competitive

8  lamps?

9      Q.   Do you have an understanding of what the

10  competitor lamps are?

11      A.   Yes.

12      Q.   Which lamps do you consider to be competitor

13  lamps to the Cree consumer LED lamps?

14      A.   They are revealed in the report.  They were

15  contemporaneous LED lamps from major manufacturers.

16      Q.   And are you referring to the GE and Philips

17  lamps that you describe in your report?

18      A.   Yes.

19      Q.   Do you know what the overall failure rate of

20  those lamps is?

21      A.   No.

22      Q.   Were you provided any information at all about

23  the overall failure rate of Cree lamps during the period

24  2013 to today?

25      A.   No.

1      Q.   Do you think that would be something that

2  would be helpful for you to know in reaching opinions in

3  this case?

4      A.   Not at all.

5      Q.   You -- if you knew, for example, that the

6  overall failure rate of Cree LED lamps, between 2013 and

7  today, was less than two percent, that would not affect

8  your opinions?

9      A.   No.

10          MR. BOURNE:  Objection; form.

11  BY MS. LINDAHL:

12      Q.   Why not?

13      A.   It is misleading.

14      Q.   Why is it misleading?

15      A.   We are -- the subject of this investigation is

16  the early product, volumes ramped up considerably from

17  2013 to 2015 to today, so, a volume average over that

18  length of time would not indicate anything to me about

19  the failures of the early lamp types.

20      Q.   What information are you relying upon to

21  determine the volume has ramped up considerably between

22  2013 and today?

23      A.   There are reports by US Department of Energy

24  and industry reports showing volumes, prices, even

25  breakdowns by lamp type that I have been very familiar

```
                                                    Page 22
 1   with every year.
 2         Q.   Are those reports that you just testified
 3   about cited in your report in any space -- any places?
 4         A.   No.
 5         Q.   Your opinion in paragraph three, subparagraph
 6   three, that Cree LED lamps will commonly experience
 7   failure in advance of the advertised product life of
 8   less than a year --
 9         A.   That is not what it says, I'm sorry.
10         Q.   Okay.  What does it say?
11         A.   Commonly experience failure in advance of
12   advertised product life, which will have some number,
13   parentheses, less than one year, meaning that some will
14   fail in less than one year.
15         Q.   Okay.  But you cannot quantify that number for
16   me?
17         A.   Of course not.
18         Q.   But the lamps that you are referring to in
19   that opinion, paragraph three, subparagraph three, those
20   are lamps that have been manufactured and sold since
21   2013.  Correct?
22         A.   As far as I know.
23         Q.   And so there has been six years of performance
24   data on those lamps.  Correct?
25         A.   No.
```

                                                      Page 23

1          Q.    For the lamps that were manufactured and sold

2     in 2013?

3          A.    Those lamps have been superseded by more

4     modern versions.

5          Q.    Well, but the lamps that were sold in 2013,

6     there has been six years of performance data for those

7     lamps, even though newer versions might have come out in

8     subsequent years, correct?

9          A.    I don't know what performance data means.

10         Q.    All right.  Those lamps have been sold to

11    consumers since 2013.  Correct?

12         A.    Yes.

13         Q.    So some consumers may have purchased those

14    lamps in 2013?

15         A.    Yes.

16         Q.    And had those lamps in operation in their

17    homes for six years.  Correct?

18         A.    Possible.

19         Q.    So it is possible that some lamps have been

20    performing -- have been in operation for at least six

21    years.  Correct?

22         A.    It is possible.

23         Q.    And that is not information that you

24    considered in any way in forming your opinions, is it?

25         A.    It would be irrelevant.

1      Q.   How can the actual performance data of a lamp

2  be irrelevant to an opinion about the expected failure

3  rate of a lamp?

4      A.   I --

5           MR. BOURNE:  Objection; form.

6           THE WITNESS:  I'm not opining on the

7           probability that any single lamp fails.  I'm

8           opining on the design of the lamp, and the

9           probability of failure of a large population of

10          lamps.

11  BY MS. LINDAHL:

12     Q.   So your opinion, though, is -- your opinion is

13  based on how you expect a lamp to perform in the future.

14  Correct?

15     A.   No.

16     Q.   How is it not -- how is the opinion that LED

17  lamps will commonly experience failure in advance of the

18  advertised product life, not a prediction of how a lamp

19  will perform in the future?

20     A.   The distinction is between an individual lamp,

21  run by an individual consumer, which is the sort of

22  question you are asking, for a certain period of time.

23  I cannot opine on whether or not that lamp will fail or

24  when.  But given the entire population, I can certainly

25  opine on how likely those lamps are to fail, relative to

                                        Page 25

1    some benchmark, which are other lamps, and customer

2    expectations.

3          Q.    Okay.  Can you explain for me what you mean by

4    customer expectations?

5          A.    Simply what is written on the labels of the

6    lamps.

7          Q.    And are you -- just so I'm clear, are you

8    giving an opinion in this report about customer

9    expectations --

10         A.    No, not at all.

11         Q.    -- and longevity?

12         A.    Not at all.

13         Q.    Okay.  What experience do you have that would

14   allow you to evaluate customer expectations?

15         A.    I'm not opining on that.

16         Q.    I understand that you are not opining on that,

17   but what experience do you have that would allow you to

18   have a belief or understanding about customer

19   expectations of the longevity of LED lamps?

20         A.    I don't think that is relevant to my

21   testimony.

22         Q.    Okay.  I believe you testified a few moments

23   ago about the failure rates of competitor lamps.

24   Correct?

25         A.    No.

1    those line items were packaging exhibits only that were

2    not introduced to the market as product.  Eliminating

3    those 13, I had 30 line items, backed by exhibits,

4    pertaining to distinct LED products.

5         Q.   So the list of bulbs that is included in table

6    two, is some portion of a list of bulbs that was

7    provided to you by counsel.  Correct?

8         A.   Yes.

9         Q.   Did you do any separate evaluation of Cree's

10   consumer bulb product lines to determine whether this

11   list was complete or accurate?

12        A.   That would seem to be irrelevant.

13        Q.   Is -- are your opinions in this case limited

14   only to the bulb types that are listed in table two?

15        A.   Yes.

16        Q.   Are you -- and you are aware that Cree has

17   other bulb types such as, for example, candelabras?

18        A.   Yes.

19        Q.   And you are not offering any opinions with

20   respect to candelabras.  Correct?

21        A.   Correct.

22        Q.   Are you offering any opinions in this case

23   with respect to par38s?

24        A.   No.

25        Q.   Are you offering any opinions in this case

1   with respect to down lights?

2          A.    No.

3          Q.    Are you offering any opinions in this case

4   with respect to can -- recessed can lights?

5          A.    No.

6          Q.    Are you offering any opinions in this case

7   with respect to A-type bulbs; you know what I'm

8   referring to when I say A-type bulbs?

9          A.    Yes.

10         Q.    Are you offering any opinion in this case that

11  refer to A-type bulbs in wattages other than what is

12  listed in this table?

13         A.    No.

14         Q.    Same question for BR30s, are you offering any

15  opinion in this case with respect to BR30s that have

16  different wattages than what is listed in this table?

17         A.    No.

18         Q.    In table three you list seven Cree LED lamp

19  designs; do you see that?

20         A.    Yes.

21         Q.    And you state above table three, you say that

22  the list in table two has been reduced from 30 Cree LED

23  lamps, to a list of seven Cree LED lamp designs in table

24  three below; do you see that?

25         A.    Yes.

1      Q.    And you explain in paragraph 14 that what you

2   were intending or how -- what the process was of

3   reducing the list of 30 to seven.  Correct?

4      A.    Yes.

5      Q.    Can you, please, explain that process?

6      A.    So the list of 30 are unique MPNs or

7   manufacturing product numbers, I believe is what MPN

8   stands for per Cree's terminology, identifying

9   internally to Cree, unique identifiers for different

10  lamp types.  Those identifiers include things as listed

11  at the bottom of page eight, bulb shape, lamp

12  architecture, whether it is a filament tower or 4flow

13  for example, lumens wattage, the LED wattage, and the

14  rate of lifetime.

15          Most of those attributes -- most of the

16  attributes listed at the bottom of page eight, are

17  related to the thermal design, so how many watts are

18  there, what is the architectural shape of it, and so on.

19  And so categorizing the Cree products, based on

20  attributes that impact the thermal design, and

21  identifying which line items out of the 30 would have

22  identical thermal elements that is containing the same

23  heat sink, the same bulb shape, the same size, and

24  therefore would have the same thermal design, can be

25  considered to be thermally equivalent.

1          So, for example, an A19 bulb, operating at

2     9.5 watts, putting out 5,000-degree Kelvin temperature

3     or 2700-degree Kelvin temperature will have very nearly

4     the same thermal response.  The LEDs will be slightly

5     different efficacy for the different color temperatures

6     with very minimal impact on thermals.

7          So I was able to reduce the very large number

8     of lamp types, 30, down into seven lamp types

9     representing those 30 based on their thermal

10    characteristics.

11         Q.   Are there any industry standards or guidelines

12    that inform the process that you used to reduce the 30

13    lamps to the list of seven lamp types?

14         A.   Not that I know of.

15         Q.   I believe you testified earlier that bulbs

16    that were manufactured in 2013 would have been

17    superseded by newer bulbs; do you recall that testimony?

18         A.   Yes.

19         Q.   Can you explain what you meant by that?

20         A.   For example, the filament thermal lamp, which

21    appeared to be the initial introduction into the A-line,

22    was then -- superseded may not be the right word, in

23    that I don't know that the 4flow completely replaced the

24    filament tower from Cree's manufacturer, but it was an

25    advanced design.  The 4flow relevant to the filament

1    tower.

2              The filament tower and the 4flow were then

3    subsequently replaced by LED designs that have no

4    apparent heat sink.  They look like a standard

5    incandescent light bulb.  Virtually all manufacturers in

6    the industry have gone to that more modern type, A19.

7    So Cree's manufacturing now is that modern A19, like

8    all -- virtually all other LED manufacturers, which in

9    my terminology would have superseded the prior designs,

10   the filament tower, and the 4flow.

11        Q.   Is it accurate or fair to say that by the term

12   superseded, you are referring to different or newer

13   generations of bulb types?

14        A.   That is right.

15        Q.   And by reason of your experience as an

16   employee of General Electric or GE Lighting, you are

17   aware that LED technology has consistently improved

18   since 2013.  Correct?

19        A.   Yes.

20        Q.   And so, for example, bulbs that were

21   manufactured in 2013, likely have design differences

22   from bulbs that are manufactured today?

23        A.   Yes.

24        Q.   And that is true with a -- even though you are

25   looking at bulbs by the same manufacturer.  Correct?

1      A.    Yes.

2      Q.    Are those changes in design, and improvements

3   in LED technologies something that you took in

4   consideration in forming your opinions in any way?

5      A.    Yes.

6      Q.    How so?

7      A.    When the initial LED lamps were introduced to

8   the market, thermal management was an extreme challenge.

9   So LED thermal capabilities have improved over time, we

10  can now run LEDs hotter than we could back then, and

11  LEDs have become much more efficient now than they were

12  back then.  So when operating, they produce less heat

13  than they did back then.

14          So both from the LED susceptibility side, more

15  susceptible than they are now, and also from the thermal

16  management challenge, much higher thermal load back then

17  than now; yes, there are significant differences.

18     Q.    Did you -- looking back again at table two,

19  did you do any analysis into whether the bulbs contained

20  on table two -- or in table two, are a complete listing

21  of the various generations of Cree bulbs?

22     A.    Would you repeat that, please.

23     Q.    Sure.  On table two -- the bulbs in table two

24  were provided by counsel.  Correct?

25     A.    Yes.

1      Q.   Did you do any analysis of whether the lamps

2   contained in table two are a complete listing of each

3   generation of Cree bulbs?

4      A.   I'm sorry, I don't know what that means.

5      Q.   Did you do any analysis of the list of lamps

6   that was provided to you in list of table two to

7   determine whether it contains every generation of Cree

8   bulb?

9      A.   Every generation?

10      Q.   Yes.

11      A.   Meaning from the first filament launched to

12   the modern no heat sink bulbs?

13      Q.   Yes.   Correct.

14      A.   No.

15           MS. LINDAHL:   I'm at a good stopping point if

16        we can take a ten-minute break.

17           THE VIDEOGRAPHER:   This is the end of media

18        unit one.   We are now going off the record.   The

19        time on the video monitor is 10:58 a.m.

20           (Off the record.)

21           THE VIDEOGRAPHER:   We are back on the record.

22        This is the beginning of media unit number two.

23        The time on the video monitor is 11:12 a.m.

24   BY MS. LINDAHL:

25      Q.   All right.   Dr. Allen, can you, please, look

1          Q.   My question is whether there is any literature

2     or industry guidance that you could point me to that

3     supports that conclusion?

4          A.   That supports one to two-degree C conclusion.

5          Q.   Correct.

6          A.   No.

7          Q.   Is it your opinion that the Cree consumer

8     bulbs that have been manufactured since 2013 are

9     sufficiently similar that they could be evaluated

10    together, so to speak?

11              MR. BOURNE:   Object to the form.

12    BY MS. LINDAHL:

13         Q.   Do you understand what I'm trying to get at?

14         A.   I would like you to repeat it, please.

15         Q.   Sure, is it your opinion that the Cree

16    consumer bulbs that have been manufactured since 2013

17    are sufficiently similar that their thermal performance

18    can be evaluated as a group?

19              MR. BOURNE:   Same objection.   You can answer.

20              THE WITNESS:   Yeah, that is overly broad.   If

21         we are looking at all seven lamp types, no, they

22         are different from thermal performance of each

23         other.

24    BY MS. LINDAHL:

25         Q.   Okay.   But within each lamp type, is it your

1   opinion that every generation of lamp can be evaluated

2   together?

3           A.    No.

4           Q.    Okay.  Which generations of the A19 should be

5   evaluated separately?

6           A.    The list of seven lamps represent

7   differentiation among generations.

8           Q.    Okay.  You state in paragraph 14 that all

9   duplicates share the following attributes with their

10  respective Cree LED lamp design; do you see that?

11          A.    Yes.

12          Q.    When you were reaching the conclusions set

13  forth in paragraph 14, did you do any analysis of the

14  various bills of material of the Cree consumer bulbs?

15          A.    Limited.

16          Q.    Can you describe that analysis, please?

17          A.    I was primarily looking for number of LEDs,

18  and type of LED.

19          Q.    Did the number of LEDs that -- well, let me

20  ask another question first; do you recall which bills of

21  material you reviewed?

22          A.    I believe that I had bill of material for most

23  of those seven lamps in table three, except for the BR30

24  lamp.

25          Q.    Do you recall -- when you said you reviewed

1        Q.    Did LED count and type affect your opinions

2   about the longevity or expected longevity of Cree

3   consumer bulbs?

4        A.    Yes.

5        Q.    How so?

6        A.    In particular, in order to know the junction

7   temperature which -- of the LED, which can't be

8   measured, the standard procedure and recommended by Cree

9   is to measure the temperature adjacent to the LED and to

10  calculate the junction temperature based on the thermal

11  resistance of the LED, so I need to know the LED type,

12  and based on the power flowing, whereby I need to know

13  how many LEDs are receiving that power.

14       Q.    Did you do any analysis of any bills of

15  material to determine whether Cree consumer bulbs used

16  the same components across generations of other LEDs?

17       A.    I'm not analyzing across generations.

18       Q.    Okay.  So, my question was, though, whether

19  you reviewed any bills of material to determine whether

20  Cree consumer bulbs used different components across

21  generations?

22       A.    I'm not interested.

23       Q.    So is your answer no?

24       A.    It is irrelevant to my testimony.

25       Q.    Respectfully --

1        A.   It would.

2        Q.   Could you answer the question?

3        A.   I understand.  Could you repeat it again,

4   please, and I will.

5        Q.   Sure.  Did you do any analysis of bills of

6   material to determine whether the components that were

7   used in Cree consumer bulbs were the same across

8   generations?

9        A.   I don't know that I had access to BOMs for

10  other generations.

11       Q.   Okay.  It is a yes or no question -- did

12  you --

13       A.   I don't believe so.  I'm sorry.

14       Q.   Okay.  Do you have -- do you know about how

15  many Cree -- how many consumer bulbs Cree has sold since

16  introduction of the first generation of the A19?

17       A.   I don't.

18       Q.   Do you know by reason of your employment with

19  General Electric or GE Lighting, do you know about how

20  many consumer LED bulbs GE sold between 2013 and the

21  date upon which --

22       A.   I don't.

23       Q.   Do you have any sense of the scale, for

24  example, is it a million, or tens of millions?

25       A.   I don't, but it is something that I can

1      Q.   And my question is, just how many bulbs did

2    you physically inspect before you issued your opinion in

3    this case?

4      A.   I would have to estimate, I did not count, but

5    per reported there were five different bulb types

6    measured.  In each bulb type there was an intact bulb,

7    which I did not attempt to tear down, and there was at

8    least one teardown bulb of each type, and so there were

9    at least two, typically three different bulbs measured

10   for each of the five bulb types; and then each

11   measurement on each light bulb was repeated two to five

12   times and averages were taken.

13     Q.   My question is perhaps a little bit more basic

14   than that, you physically inspected some lamps in order

15   to form an opinion in this case.  Correct?

16     A.   Yes.

17     Q.   How many?

18     A.   I said I don't know the count.  I laid out an

19   estimate, which would have totaled more than ten.

20            A minimum of ten.

21     Q.   Where in your report could I look to determine

22   how many bulbs you physically inspected before reaching

23   your opinion in this case?

24     A.   The summary as I just paraphrased is that

25   there were five lamp types, in each of the five types

1   there was an intact lamp and at least one teardown lamp

2   that would constitute a minimum of ten lamps that were

3   physically measured.

4        Q.   What page of your report should I look at to

5   determine how many bulbs you physically inspected before

6   reaching an opinion in this matter?

7             MR. BOURNE:  Object to the form.  You can

8        answer.

9             THE WITNESS:  It would take me some time to

10       find it potentially.

11   BY MS. LINDAHL:

12        Q.   Please take your time.

13        A.   But I'm certain -- I'm certain that there is

14   an explanation in the report that says that for each

15   lamp type, five lamp types, there is an intact bulb and

16   a teardown bulb, both of which were measured for

17   thermals and dimensions.  In the teardown bulb case, in

18   some cases, more than one lamp was measured.  And so

19   there would have been a minimum of ten.

20             For each of the lamps measured, the raw data

21   is provided in the appendix, and so one could page

22   through the appendix and find how many individual lamps

23   were measured.

24        Q.   Can you look at page 54 of your report?

25        A.   Okay.

```
                                          Page 55
1        Q.    Is this the appendix about which you just

2   testified?

3        A.    Yes.

4        Q.    So appendix two sets out how many lamps you

5   physically inspected before reaching an opinion in this

6   case?

7        A.    It could.

8        Q.    Can you just page through it and confirm that

9   it does?

10        A.    That would take me quite a while to confirm

11   that I have a page in here for each of those at least

12   ten lamps.

13        Q.    Please take your time.  We are here to get it

14   right today, so...

15        A.    So starting with the BA21 on page 61 is the

16   intact lamp.  On page 63 is it teardown lamp.  Several

17   pages of the teardown lamp in various teardown

18   scenarios, meaning different parts removed for access.

19            On page 68 begins the FT9.5.  On page 70 are

20   shown both the teardown and the intact lamp.  On page 71

21   the teardown is obvious as being partially disassembled

22   on the left.  So we have two lamps in the FT9.5.

23            On page 76 is shown the FT6, it is the

24   filament tube 40 watt version, teardown lamp on the

25   left, intact lamp on the right, so two there, that is a
```

```
                                                      Page 56
 1    count of six.
 2             On page 89 you see the 4flow 60-watt design,
 3    the teardown on the left, intact lamp on the right.  Two
 4    lamps, so the count is up to eight.
 5             On page 96 is the intact lamp for the BR30,
 6    and on page 98 is the teardown lamp for the BR30, so the
 7    count would be up to ten.
 8        Q.   So you physically inspected ten Cree lamps
 9    before you reached an opinion in this case?
10        A.   No, I've shown the detailed data for ten, and
11    so there may have been other lamps that I tested that
12    failed.  For example, in one of the reports I
13    mentioned -- somewhere in the report I mentioned a BA21
14    lamp that I started testing and it would not relight, so
15    I had to start with a new teardown lamp in that case.
16    So that is why I say a minimum.  There ended up being
17    ten in the analysis, there were a few more than ten that
18    actually got tested.
19        Q.   How many more than ten were actually tested?
20        A.   At least that one.
21        Q.   Was it more than one?
22        A.   Not that I recall.
23        Q.   Where would I look in your report to be able
24    to know whether you tested additional lamps that are not
25    included in the report?
```

Page 57

1         A.   I'm not relying on testing of any additional

2    lamps in the report.

3         Q.   So just to be clear, you believe there was

4    only one additional lamp that you tested that was not

5    included in your report?

6         A.   What I needed was one intact lamp, one

7    teardown lamp for each type to compare, and I recall at

8    least one lamp failing in the process, which I had to

9    replace.

10        Q.   But sitting here today, you cannot tell me

11   whether you tested other lamps that are not included in

12   your report?

13        A.   I would have to ask what you mean by test.

14        Q.   What do you mean by test; what does it mean to

15   you?

16        A.   I mean taking well-controlled temperature

17   measurements or physical dimensional measurements and

18   analyzing them.

19        Q.   So using that definition, can you tell me,

20   sitting here today, whether you tested any additional

21   lamps other than that one A21 that are not included in

22   your report?

23        A.   Per the definition I just gave of testing, no,

24   no others.

25        Q.   No, there are no others, or no, you cannot

```
                                              Page 58
 1    tell --
 2         A.   No, there are no others.
 3         Q.   Okay.  Where -- how did you obtain the lamps
 4    that you tested that are included in your report?
 5         A.   I think possibly all of them through online
 6    vendors.
 7         Q.   Which online vendors?
 8         A.   Various.  So, Amazon was one, a distributor
 9    known as 1000bulbs.com was one that I recall.  These
10    lamps that are obsolete are very hard to find, even the
11    distributors of current lamps like Amazon or 1000Bulbs
12    tend not to have them.  I found at least one through an
13    eBay seller, so there were at least three different
14    sources.
15         Q.   Can you tell me which lamp reflected in your
16    report you purchased on eBay?
17         A.   I have record of it, but it is not in my
18    report, but I do not recall.
19         Q.   And what types of records do you have that
20    would reflect where you obtained these?
21         A.   Invoices.
22         Q.   Is that something that you provided to counsel
23    in connection with your report?
24         A.   I provided line item expense report.
25         Q.   Okay.  How many lamps did you purchase -- how
```

1      Q.   -- the ambient temperature at the time of the

2   test.  Correct?

3      A.   Yes.

4      Q.   Is the ambient temperature in your lab

5   consistent from day-to-day?

6      A.   It varied from 22 to 23 degrees C each time I

7   measured.

8      Q.   My question isn't when you measured, my

9   question is:  At times when you are not performing tests

10   in your lab, what is the ambient temperature?

11      A.   It would not be different.

12      Q.   Did counsel provide you with any physical

13   samples of bulbs?

14      A.   Not that I recall.

15      Q.   Do you recall when you purchased these bulbs?

16      A.   I have record.

17      Q.   Okay.  Sitting here today, though, do you

18   recall when they were purchased?

19      A.   Roughly.

20      Q.   And when were they purchased?

21      A.   As I recall, beginning, roughly, the last week

22   of October.

23      Q.   Okay.  Did you receive some bulbs directly

24   from my law firm to your lab?

25      A.   Yes.

```
                                                    Page 62
 1          Q.    Did you test those bulbs?

 2          A.    I don't know if it was from your law firm.

 3          Q.    Okay.

 4          A.    It was upon request to Cree.  They were not

 5     the bulbs requested, so I did not test them.

 6          Q.    Where are those bulbs now?

 7          A.    In the lab.

 8          Q.    You described earlier that the test that you

 9     conducted included an analysis of an intact bulb and an

10     analysis of a teardown bulb.  Correct?

11          A.    Yes.

12          Q.    Did you take into consideration -- well, let

13     me ask a background question first.

14                Can you describe, please, first the process of

15     tearing down a bulb for testing?

16          A.    It is a bit different for each bulb type.  I

17     need to gain access to the LEDs both line of sight, and

18     physical access, and so in each case I'll need to remove

19     a bulb, either a glass bulb or a plastic bulb.  That

20     gives me access to the LEDs, and to what we call the

21     printed circuit board, on which the LEDs are mounted.

22                I then, if possible, need to get another layer

23     down by removing the printed circuit board and the LEDs

24     in lamps where that is possible, in order to get to the

25     electronic circuit below, so that I could make
```

```
                                                    Page 64
```

1   word bulb when I meant lamp.

2          A.    I understand.

3          Q.    And I think maybe we both have been doing it.

4   Okay.  Have there been any questions that I asked of you

5   that were unclear because I used the word bulb instead

6   of lamp?

7          A.    They weren't unclear, it may be possible I

8   answered the wrong question, but I'm assuming that when

9   you said bulb, you mean the light bulb, which I would

10  refer -- in the industry it is referred to as a lamp.

11  That is my assumption.

12         Q.    Okay.

13         A.    We are only just now beginning to discuss bulb

14  in terms of the globe --

15         Q.    Correct.

16         A.    -- that surrounds the LEDs.

17         Q.    Okay.  And going forward, if I ask you a

18  question, and it appears to you that I used the word

19  bulb instead of lamp, will you correct me so we can make

20  sure that you are answering the correct question?

21         A.    I'll try.

22         Q.    So going back to the question I asked a moment

23  ago, can you point me to where in your report where I

24  would find the analysis of the impact of thermal

25  management of the teardown of the lamp?

1      A.   Okay.

2           If we go to page 60, it should be for the

3    BA19, the 100-watt three-way operated at 100-watt

4    setting.  And at the bottom of page 60 there is a table

5    showing a summary.  The left several columns are

6    measurements of the teardown bulbs, and the right three

7    columns are measurements of the intact bulb.  Each

8    column is referenced by an image number, which is an

9    infrared camera unique number.

10          So each of the columns is a repeated

11   measurement on that particular lamp, each measurement

12   fully warmed up, and so the measurements are expected to

13   be similar across a row.

14          The heat sink temperature measurement for the

15   teardown bulb shows 89 degrees, 90, 89, 90, 86, the

16   average 89.  For the intact bulb, one measurement 89

17   agreed with the average heat sink.

18      Q.   I'm sorry.  Continue.

19      A.   So in that case the averages are exactly the

20   same.  That is not always the case.  What I'm looking

21   for is a red flag, is there any reason why the teardown

22   lamp is significantly different than the intact lamp.

23   If so, and I don't recall ever finding such a

24   discrepancy, the reason to be looking is, if so, then I

25   need to be more rigorous on the measurement of the

1    teardown lamp.

2         Q.   Is it possible that tearing down a lamp breaks

3    thermal interface materials that thermally connect

4    different parts of the system?

5         A.   Only in one case.

6         Q.   You are saying that happened in one case in

7    this report?

8         A.   No, it would have been possible in one case.

9         Q.   Okay.  Which lamp?

10        A.   There was only one of these lamps that --

11   where I found a thermal interface material between the

12   LEDs and heat sink.

13        Q.   And which lamp was that?

14        A.   That was the BR30.

15        Q.   Okay.  You mentioned on page 60 -- while we

16   are there, with respect to the teardown lamp, you state

17   teardown lamp no longer operable, will try to debug.  Do

18   you see that?

19        A.   Yes.

20        Q.   What did you mean by that?

21        A.   To try to operate it again.

22        Q.   And were you able to operate it again?

23        A.   What page is that on?

24        Q.   Page 60, where we just were.

25        A.   My notes appear to say that I continued using

1        Q.    Did you preserve or keep this exploratory data

2    that you captured?

3        A.    No.

4        Q.    As part of your analysis in this case, were

5    you provided any test results that Cree obtained during

6    its ongoing reliability testing of consumer LED bulbs?

7        A.    Yes.

8        Q.    And did that reliability testing -- or excuse

9    me, did those reliability test results affect your

10   opinions in any way?

11       A.    We should back up to define reliability

12   testing.

13       Q.    Sure, how would you define it?

14       A.    I don't believe I had access to lamp failures,

15   but I had access to lamp temperatures.

16       Q.    What do you mean by you did not have access to

17   lamp failures?

18       A.    I said I don't recall having access to lamp

19   failures.  I certainly was not focusing on lamp

20   failures.  And I don't recall, for example, out of some

21   number of lamps on some lamp types how many failures

22   there were.

23       Q.    When you say you did not have access to lamp

24   failures, what type of data or report would you have

25   expected to see with respect to lamp failures?

1         A.   I saw Energy Star reports of some of the lamp

2    types with lumen maintenance, and color shifts recorded

3    at zero hours -- not lumen maintenance, but lumen

4    maintenance, and color shift at 3,000 hours, and

5    6,000 hours relative to zero hours.

6              I don't recall seeing in any of those reports

7    a fail to start lamp.  I do recall seeing lumen

8    maintenance that fell below the minimum acceptable, and

9    I do recall seeing color shifts exceeding the maximum

10   acceptable.  So they could have been considered to be

11   failures against Energy Star, but perhaps not a

12   catastrophic failure.

13        Q.   And do you have an understanding of whether

14   the claims in this case relate to failures related to

15   lumen maintenance or chromaticity shift?

16        A.   I don't recall differentiating.

17        Q.   I guess let me ask it a different way, do you

18   understand what it is that the plaintiff has accused --

19   or what the allegations are that the plaintiff has made

20   against Cree?

21        A.   I believe so.

22        Q.   And what is your understanding of what the

23   plaintiff's claims are against Cree?

24        A.   That the lamp fails to operate in a time less

25   than the advertised time.

```
                                                  Page 83
 1    not trying to quantify failure rates at all.  I'm trying

 2    to quantify the extent to which certain lamps may be

 3    overheated relative to the capability of their

 4    components to meet their rated lifetime.

 5         Q.   You -- if you can turn with me to your

 6    report -- do you still have your report in front of you,

 7    Exhibit 2?

 8         A.   Yes.

 9         Q.   Can you turn with me to paragraph 44 -- and

10    I'll give you a page number, so that paragraph begins on

11    page 30 and continues on to page 31.

12         A.   Okay.  I'm sorry, page again, 44?

13         Q.   30 and 31, it is paragraph 44.

14         A.   Okay.  Sorry.

15         Q.   And specifically I'm going to have you look at

16    paragraph 44E, but you should look at the entire

17    paragraph, and take as much time as you need.

18         A.   Okay.

19         Q.   You state in paragraph 44E, you make a

20    reference to very high failure rate in customer rates;

21    do you see that?

22         A.   Yes.

23         Q.   Do you have an understanding of what the

24    failure rate of Cree consumer bulbs is between 2013 and

25    today?
```

```
                                                    Page 84
 1        A.    Not in a quantitative sense.
 2        Q.    Well, do you have any sense of what the
 3   failure rate of Cree LED bulbs is between 2013 and
 4   today?
 5        A.    I'm inferring that it must be significantly
 6   high or we would not have this case, so I'm looking for
 7   temperatures that would predict a high failure rate.
 8        Q.    Were you provided any information about the
 9   failure rate of Cree consumer LED bulbs --
10        A.    No.
11        Q.    -- between 2013 and today?
12        A.    I'm sorry, I answered early.  No.
13        Q.    So when you are referring to very high failure
14   rates in customer use in paragraph 44E, is it accurate
15   to say that that was an assumption?
16        A.    Yes.
17        Q.    Was that assumption provided to you by
18   counsel?
19        A.    No.  Let me clarify.
20        Q.    Sure.
21        A.    That assumption was not provided
22   quantitatively in any way.  Again, it is an inference
23   that these lamps have been failing in customer use at
24   unexpectedly high rates.
25        Q.    What would you consider to be the bottom
```

Page 88

1   bulbs that are identified in your report?

2                MR. BOURNE:  Object to the form?

3                THE WITNESS:  But I believe I can answer.

4                MR. BOURNE:  Yeah, you can answer.

5                THE WITNESS:  These lamps were designed and

6           released in a specific period of time that

7           characterizes the state of the art for LED lamps at

8           that time.  Cree may have been selling those lamps

9           for any number of years after the design was

10          created.

11  BY MS. LINDAHL:

12          Q.   What is that specific period of time that you

13  just referenced?

14          A.   I don't know the period of time over which

15  these lamps were manufactured.  For each of the lamps

16  that I tested I provided the manufacturing date code for

17  that particular lamp.

18          Q.   And it is your opinion that those -- that the

19  bulbs that you reviewed and analyzed will fail

20  prematurely in less than one year.  Correct?

21          A.   Not any given individual lamp, but a

22  population of lamps.

23          Q.   And you have identified, for example -- can

24  you look at page 84?

25          A.   Okay.

```
                                                    Page 89
 1           Q.    And this an example, is it not, where you give
 2      the date code of a particular lamp that you analyzed?
 3           A.    Yes.
 4           Q.    And the date code of that lamp is the third
 5      week of 2016?
 6           A.    Yes, my interpretation of the date code.
 7           Q.    So that would be three years ago.  Correct?
 8           A.    Three plus.
 9           Q.    So your opinion would be that some unspecified
10      percentage of these lamps would have failed before the
11      third week of 2017.  Correct?
12           A.    The third week of 2016, to correct your
13      statement, which was 2017.
14           Q.    Well, I'm asking about one year from this date
15      code?
16           A.    Oh, I see, I see, thanks for clarifying.  If I
17      go back to the paragraph that you are referencing with
18      the less than one, the Cree LED lamps in subparagraph
19      three of paragraph three, the Cree LED lamps are
20      referring generically to all of these different types of
21      lamps above.  I'm making a blanket statement that these
22      Cree lamps will commonly experience failure in advance
23      of the advertised product life.  In parentheses, less
24      than one year, perhaps should have been better defined
25      in this sentence.  What I told you verbally is that my
```

```
                                                    Page 91

 1              MR. BOURNE:  Objection; foundation.

 2              THE WITNESS:  I'm not aware of any such data,

 3         and I did not have access to any such data.

 4    BY MS. LINDAHL:

 5         Q.   Did you not think that it was important to

 6    confirm your opinion that Cree LED lamps would commonly

 7    fail within one year?

 8              MR. BOURNE:  Objection; misstates his

 9         testimony.

10              THE WITNESS:  Would you repeat it, please, I

11         want to make sure.

12    BY MS. LINDAHL:

13         Q.   Yeah, did you not think that it was important

14    to confirm your opinion that Cree LED lamps would

15    commonly experience failure in less than one year?

16         A.   No, that is not what I said.  That is

17    parenthetic.  What I said is that they would commonly

18    experience failure in advance of the advertised product

19    life.

20         Q.   Okay.  Well, did you do anything to confirm,

21    that your opinion, that Cree LED lamps would commonly

22    experience failure in advance of the advertised product

23    life?

24         A.   Yes, that is the essence of the report.

25         Q.   Did you look at any actual failure data to
```

```
                                            Page 92
 1   confirm that opinion?
 2        A.    Failure data is statistical data for which I
 3   would need a very large sample size that was not
 4   available to me.
 5        Q.    Let me rephrase, did you look at any actual
 6   return or warranty claim data to confirm your opinion?
 7        A.    I did not.
 8        Q.    Can you please -- well, and just before we
 9   move on, you referenced that the bulb that I showed
10   you -- directed you a few minutes ago performed -- and
11   I'm paraphrasing, but performed better than some of the
12   other bulbs that you evaluated.  Correct?
13        A.    Less hot, less overheated.
14        Q.    Okay.  Does the -- is it your opinion that
15   the -- well, let me ask it differently.
16             Did the 4flow have better thermal performance
17   than what you call the FT19?
18        A.    Marginally better.
19        Q.    Can you look at page 69?
20        A.    Okay.
21        Q.    And page 69 is -- includes an image of an FT19
22   bulb.  Correct?
23        A.    Well, that is -- yes, yes, it is.
24        Q.    And you list the manufacturing date code for
25   that bulb.  Correct?
```

```
                                                    Page 93
 1          A.   Yes.
 2          Q.   And that date code is listed as the 49th week
 3    of 2013.  Correct?
 4          A.   Yes.
 5          Q.   Which is December of 2013.  Correct?
 6          A.   Yes.
 7          Q.   And so that is -- it is currently January of
 8    2020.  Correct?
 9          A.   Yes.
10          Q.   So it has been six years since those bulbs
11    have been manufactured.  Correct?
12          A.   Yes.
13          Q.   And you did not look at any actual return or
14    warranty data for these FT19 bulbs that were
15    manufactured in 2013.  Correct?
16          A.   I did not.
17          Q.   Okay.
18               Let's look at paragraph 24, which is on page
19    18?
20          A.   Okay.
21          Q.   You have a sentence in paragraph 24 that is
22    underlined that states, accordingly I'm able to conclude
23    that it is high temperatures, and not these other
24    potential failure mechanisms that causes the LED lamps
25    to fail; did I read that accurately?
```

Page 95

1    three, subparagraph two.

2         A.   Okay.

3         Q.   You state, the Cree LED lamps share a common

4    defect, they operate too hot and because of this will

5    experience premature failure; did I read that

6    accurately?

7         A.   Yes.

8         Q.   Is that your opinion?

9         A.   Yes.

10        Q.   Are you able to quantify for me today -- well,

11   is it your opinion that every Cree LED will experience

12   premature failure?

13        A.   No.

14        Q.   Are you able to quantify for me, sitting here

15   today, what percentage of Cree LED lamps will experience

16   premature failure?

17        A.   I answered that question several times, it

18   does not change.

19        Q.   Well, I believe you answered that question

20   earlier today with paragraph three, subparagraph three;

21   so my question was about paragraph three -- the opinion

22   expressed in paragraph three, subparagraph two; so just

23   confirming your testimony is unchanged whether we are

24   looking at paragraph three, three, or three, two?

25        A.   Unchanged.

Page 96

```
 1        Q.   Okay.

 2             You -- I believe you testified earlier today

 3   that you did not review the declaration of Scott Schwab?

 4        A.   Correct.

 5        Q.   Did anyone -- regardless of whether you

 6   reviewed his declaration, did counsel or anyone tell you

 7   that Mr. Schwab included in his declaration that the

 8   failure of Cree consumer bulbs was consistently less

 9   than two percent?

10        A.   They did not, I was unaware of the name Schwab

11   nor his deposition.

12        Q.   And I'm talking about his declaration.

13        A.   Declaration, sorry.

14        Q.   If you had known that Mr. Schwab testified

15   that the failure rate of Cree consumer LED bulbs has

16   never consistently exceeded two percent, would that

17   change your opinion?

18             MR. BOURNE:  Objection; foundation.  You can

19        answer the question.

20             THE WITNESS:  It would not change my opinion.

21        I would, as a scientist, scrutinize the validity of

22        that data.  I probably need to see a lot more than

23        is provided in such a report, and do my own

24        analysis of the confidence level of that data.

25   BY MS. LINDAHL:
```

                                                    Page 97

1          Q.   Did you ask for any failure data related to

2     Cree consumer LED bulbs?

3          A.   No.

4          Q.   Assuming that Mr. Schwab is correct, for the

5     purposes of this question, if he is correct that the

6     failure rate has been below two percent, would that

7     change your opinion?

8               MR. BOURNE:  Objection; form, foundation.

9               MS. LINDAHL:  He is an expert.  I can ask him

10          a hypothetical question.

11               THE WITNESS:  Yeah, okay to answer?

12               MR. BOURNE:  You can answer the question.

13               THE WITNESS:  To repeat, I would not take his

14          two percent number at face value.  I need to see a

15          lot of details behind that, especially quantities,

16          and because any number of quantities will carry

17          some error with it.  So, if you gave me two

18          percent, no, it would not change my opinion.

19     BY MS. LINDAHL:

20          Q.   So just to make sure that you answered my

21     question, my question wasn't whether you believe

22     Mr. Schwab, my question is:  If you assume for the

23     purpose of this question that Mr. Schwab is correct,

24     would that change your opinion?

25          A.   We are hinged on the term correct, I would not

Page 106

1   report to the rule of thumb of two times life per ten

2   degrees C.  Correct?

3        A.   Yes.

4        Q.   When you applied that rule to conclude that

5   Cree consumer LED lamps would fail prematurely, did you

6   consider the effect of other design elements such as

7   ripple current?

8        A.   There are specifications in these capacitors

9   regarding ripple current as I recall.  I did not know

10  what the ripple current was for these lamps.

11       Q.   Okay.  If you had known what the ripple

12  current was, could that have an effect on your

13  application of what I'll call the rule of thumb?

14       A.   Probably only adversely.

15       Q.   What is the basis of your statement that

16  knowing the ripple current of these lamps would

17  adversely affect your conclusions?

18       A.   It is a speculative inquiry here, so I'm going

19  to make some careful assumptions, that what I do know is

20  that power supplies for LEDs that are not as well

21  designed as others may admit more ripple current to the

22  LED.  More ripple current through the circuit, more

23  ripple current that needs to be attenuated or handled by

24  the electrolytic capacitor, so that is a stress on the

25  electrolytic capacitor.

Page 109

1    mentioned, either a failure to light if the capacitor

2    had failed in a nonfunctioning way.  And I'm speculating

3    now about the circuit design, which I did not analyze or

4    have access to, that an electrolytic capacitor that is

5    overstressed may -- may admit a less continuous -- a

6    higher ripple current to the LED that might possibly

7    result in flicker.

8         Q.   You also, if you look with me -- same page

9    paragraph 26.

10        A.   Okay.

11        Q.   In paragraph 26 you include in your opinion

12   that the Cree consumer LED lamp design is not

13   sufficiently conservative to ensure performance of the

14   LEDs over their stated lifetime; is that accurate?

15        A.   Well, it is a restatement.

16        Q.   Is there anything about my restatement that

17   you would change to make it more accurate?

18        A.   Could you repeat it again?

19             MS. LINDAHL:  Could we have it read back.

20             THE WITNESS:  Thank you.

21             (The requested portion was read back by the

22        court reporter.)

23             THE WITNESS:  Yes, I would say that is

24        accurate.

25   BY MS. LINDAHL:

1      A.    Correct.

2      Q.    And chromaticity shift does not mean failure

3  to emit light.   Correct?

4      A.    Yes, sorry.

5      Q.    That is okay.

6            You, in that paragraph, you have a bolded

7  sentence that refers to an aggressive design target; do

8  you see that?

9      A.    Yes.

10     Q.    And am I paraphrasing accurately to say that

11 throughout this report you express the opinion that a

12 more conservative design approach with respect to

13 thermal management would have been better; is that

14 accurate?

15     A.    Yes.

16     Q.    Can you cite me to any industry standard that

17 you relied upon in reaching that opinion?

18     A.    There are several industry standard reports

19 quantifying the adverse effects of LEDs at high

20 temperature, and either advising or prohibiting the use

21 of an LED in operation above its certificated

22 temperature, so, yes, there are guidelines in industry

23 standards.

24     Q.    Is it accurate, though, that your opinion is

25 not that -- that your opinion is that Cree should have

1   designed its consumer LED lamps at some threshold below

2   the maximum operating temperature?

3       A.   Yes.

4       Q.   And how did you determine what that design

5   margin was that you believe is appropriate?

6       A.   I explained in the report how I did that for

7   each component.

8       Q.   And that is your personal opinion.  Correct?

9       A.   It is a professional opinion.

10      Q.   Can you cite me to a published source that

11  contains that opinion?

12      A.   I included in the report that there is no such

13  source.

14          MS. LINDAHL:  Let's take a ten-minute break.

15          THE VIDEOGRAPHER:  This is the end of media

16      unit number three, we are going off the record, the

17      time on the video monitor is 2:01 p.m.

18          (Off the record.)

19          THE VIDEOGRAPHER:  We are back on the record.

20      This is the beginning of media unit number four,

21      the time on the video monitor is 2:14 p.m.

22          MS. LINDAHL:  Dr. Allen, I don't have any

23      further questions for you right now.

24          I am going to keep this deposition open,

25      because Dr. Allen has testified about a couple of