**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN ALL CIVIL MATTERS PENDING BEFORE JUDGE YVONNE GONZALEZ ROGERS** | **ORDER SUSPENDING IN-PERSON APPEARANCES IN RESPONSE TO CORONAVIRUS (COVID-19)** |

**TO ALL civil litigants with matters currently pending before United States District Judge Yvonne Gonzalez Rogers, Northern District of California.**  In light of the evolving developments with coronavirus (COVID-19), the Court issues the following Order with the aim of balancing public health and safety concerns, including limiting travel and exposure in densely populated places, with the need for scheduling certainty and having civil matters proceed regularly.

1.      **All Case Management Conferences shall be held telephonically and not be recorded.** No later than the Wednesday before the conference, counsel shall circulate a conference call number and copy the courtroom deputy at YGRcrd@cand.uscourts.gov.  Counsel shall be on the call at the start of the calendar.  The Court will join the call when it is ready to proceed on that action.  In general, the Court will start with the oldest case listed on the calendar.

2.      **All Law and Motion matters will be submitted on the papers.**  No oral argument or personal appearance shall be held on regularly scheduled or specially set motions, tutorials, or other matters.  In the event that the Court determines an appearance is necessary, the Court will contact the parties.  The Court is investigating the ability to hold proceedings via videoconference but is not in a position to schedule the same at this point.

3.      **All Compliance Hearings will be addressed on the papers.**  No personal appearances will be held.

4.      **All Civil Trials are continued.**  The Court will contact parties regarding rescheduling once it has determined the public health concerns referenced above have been abated.

This Order shall remain in effect until, at a minimum, **May 1, 2020**.

**IT IS SO ORDERED**.

Date: March 12, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**