UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFF YOUNG, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREE, INC.,<br><br>Defendant. | Case No:   4:17-cv-06252-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE AND HEARING DATE"**<br><br>Hearing Date:   April 21, 2020<br>Time:                 2:00 P.M.<br>Place:               Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Compl. Filed: October 27, 2017<br>Trial Date:           N/A |

- 1 -

Having considered the parties' concurrently-filed Stipulated Request to Modify Briefing Schedule and Hearing Date, and for good cause shown:

1. Plaintiff shall file his Reply in Support of Renewed Class Certification and Response to *Daubert* Challenges Relevant to Class Certification and Plaintiff's Rebuttal Expert Disclosures Related to Class Certification no later than April 24, 2020;

2. Defendant shall file its Reply in Support of *Daubert* Challenges relevant to class certification no later than May 8, 20200

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~March 20.2020~~

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**