1  MICHAEL MCSHANE (SBN: 127944)
    mmcshane@audetlaw.com
2  **AUDET & PARTNERS, LLP**
   711 Van Ness Avenue, Suite 500
3  San Francisco, CA 94102-3275
   Telephone: (415) 568-2555
4  Facsimile: (415) 568-2556

5  MELISSA S. WEINER (Admitted *Pro Hac Vice*)
    mweiner@pswlaw.com
6  JOSEPH C. BOURNE (SBN: 308196)
    jbourne@pswlaw.com
7  **PEARSON, SIMON & WARSHAW, LLP**
   800 LaSalle Avenue, Suite 2150
8  Minneapolis, MN 55402
   Telephone: (612) 389-0600
9  Facsimile:  (612) 389-0610

10 *Attorneys for Plaintiffs*

11 [Additional Counsel Listed in Signature Block]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JEFF YOUNG, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>     vs.<br><br>CREE Inc.,<br><br>                Defendant. | CASE NO. 4:17-cv-06252-YGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF MICHAEL LISKOW** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT I, Michael Liskow, am no longer associated with The Sultzer Law Group P.C., and hereby withdraw as counsel for plaintiff in the above-captioned matter. I request that my name be removed from the case docket and from the court's e-notification system in this matter.  All other counsel of record for plaintiff remain unchanged.

Dated:  May 18, 2020

Respectfully submitted,

**CALCATERRA POLLACK LLP**
By:  /s/ *Michael Liskow*
Michael Liskow
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Fax: (332) 206-2073
mliskow@calcaterrapollack.com