# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF YOUNG,**<br>　　　　Plaintiff,<br>　　v.<br>**CREE INC.,**<br>　　　　Defendant. | Case No. 4:17-cv-06252-YGR<br><br>**ORDER STAYING CASE AND SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. No. 142 |

The Court is in receipt of the parties' jointly filed status report. (*See* Dkt. No. 142.) In light of the recently submitted Rule 23(f) petition, filed with the Ninth Circuit Court of Appeals by plaintiff Jeff Young, the parties jointly request a stay of this matter until resolution of the pending petition and possible related appeal. (*Id.*) Accordingly, for the good cause shown therein, the Court **STAYS** the case pending resolution of the Rule 23(f) petition and possible related appeal.

Furthermore, the Court **HEREBY SETS** a compliance deadline for **9:01 a.m.** on **Friday, October 29, 2021**. **Five (5) business days** prior to the date of the compliance deadline, the parties shall file a **JOINT STATEMENT** setting forth the status of the petition and the appeal, if applicable. If compliance is complete, the compliance deadline will be taken off calendar.

**IT IS SO ORDERED.**

Dated: February 23, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**