| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 15 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JEFF YOUNG, individually and on behalf of all others similarly situated,

        Plaintiff-Petitioner,

 v.

CREE, INC.,

        Defendant-Respondent.

No.   21-80008

D.C. No. 4:17-cv-06252-YGR
Northern District of California,
Oakland

ORDER

Before:  CLIFTON and BRESS, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's January 28, 2021 order denying class action certification.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

SC/MOATT