# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF YOUNG,** | CASE NO. 4:17-cv-06252 YGR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CREE, INC.,** | |
| Defendant. | |

The Court, having granted defendant's motion for summary judgment, hereby orders, adjudges, and decrees that judgment be entered in favor of defendant and against plaintiff. Each party is to bear its own costs of the action. The Clerk of Court shall enter this judgment and close the matter.

**IT IS SO ORDERED.**

Dated: October 12, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**